AO 120 (Rev.3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br>07cv2294 L(BLM) | DATE FILED<br>12/7/2007 | U.S. DISTRICT COURT<br>Southern District of California |
|---|---|---|
| PLAINTIFF<br>Anticancer, Inc | | DEFENDANT<br>Teco Inc, KC Chen, Tong Chiah, Jian Yang Vaeches |

| | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | 5,998,191 | 6 | | 11 | |
| 2 | 6,066,467 | 7 | | 12 | |
| 3 | 6,140,102 | 8 | | 13 | |
| 4 | 6,468,762 B1 | 9 | | 14 | |
| 5 | | 10 | | 15 | |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. | | PATENT OR TRADEMARK NO. |
|---|---|---|---|---|---|
| 1 | | 6 | | 11 | |
| 2 | | 7 | | 12 | |
| 3 | | 8 | | 13 | |
| 4 | | 9 | | 14 | |
| 5 | | 10 | | 15 | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|