# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC -7 PM 4:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: LP

ANTICANCER, INC., a California corporation,
    Plaintiff,

vs

TECO, INC., a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,
    Defendants

SUMMONS IN A CIVIL ACTION

Case No. 07 CV 2294 L (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DAN LAWTON
LAWTON LAW FIRM
550 WEST C STREET, SUITE 1400
SAN DIEGO, CA 92101
(619) 595-1370

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DEC 07 2007
DATE

By  C. PUTTMANN  , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S