1  Dan Lawton (State Bar No. 127342)
   Joseph C. Kracht (State Bar No. 228507)
2  Matt Valenti (State Bar No. 253978)
   LAWTON LAW FIRM
3  550 West C Street, Suite 1400
   San Diego, CA  92101
4  (619) 595-1370
   (619) 595-1520 (Telefacsimile Number)
5  dlawton@lawtonlaw.com (electronic mail)

6  Attorneys for Plaintiff AntiCancer, Inc.

7  Yuching Huang (State Bar No. 157202)
   LAW OFFICES OF YUCHING HUANG
8  1691 E. Orangethorpe Avenue
   Placentia, CA 92870
9  (714) 577-3911
   (714) 579-0919 (Telefacsimile Number)
10 huangesq@aol.com (electronic mail)

11 Attorney for Defendant Teco Diagnostics

12

13

14                IN THE UNITED STATES DISTRICT COURT

15               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

16

17 ANTICANCER, INC., a California      )   Case No. 07CV2294L (BLM)
   corporation,                        )
18                                     )
          Plaintiff,                   )   JOINT MOTION FOR LEAVE TO FILE
19                                     )   SECOND AMENDED COMPLAINT
   v.                                  )
20                                     )
   TECO DIAGNOSTICS, a California      )
21 corporation; KC CHEN, a natural person; )
   TONG CHIAH, a natural person; JIAN  )
22 YANG VAECHES, a natural person; and )
   DOES 1-30,                          )
23                                     )
          Defendants.                  )
24                                     )
                                       )
25 _____   )

26

27     The parties hereby move jointly for an order granting Plaintiff AntiCancer Inc. leave

28 to amend its first amended complaint.  The caption of the first amended complaint incorrectly

---

Case No. 07CV2294L (BLM)

identified the corporate defendant as Teco, Inc.

    A second amended complaint would simply replace Teco Inc., with "Teco Diagnostics." No prejudice to any party would occur by this amendment.

    Defendants shall file an answer within ten days upon filing of the second amended complaint.

                            Respectfully submitted,

Dated: January 23, 2008        LAWTON LAW FIRM

                            By:   s/Matt Valenti
                                  Matt Valenti
                                  Attorney for Plaintiff AntiCancer, Inc.
                                  E-mail: mvalenti@lawtonlaw.com

Dated: January 23, 2008        LAW OFFICES OF YUCHING HUANG

                            By:   s/Yuching Huang
                                  Yuching Huang
                                  Attorney for Defendant Teco Diagnostics
                                  E-mail: huangesq@aol.com