1 | CERTIFICATE OF SERVICE

2 | The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v.*
3 | *Teco Diagnostics*, Case No. 07CV2294L (BLM), who are deemed to have consented to
4 | electronic service, are being served this 23rd day of January, 2008, with a copy of this
5 | document: JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
6 | via the Court's CM/ECF system.

7 | I certify that all parties in these cases that have made an appearance are represented by
8 | counsel who are CM/ECF participants who have consented to electronic service.

11 | By:    s/Matt Valenti