IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>    Defendants.<br>_____ | Case No. 07CV2294 L (BLM)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>[doc. #4] |

    Good cause appearing, the parties' joint motion is **GRANTED**. AntiCancer shall have five days in which to file a second amended complaint. Defendants shall have ten days from the filing of the second amended complaint to file an answer or otherwise respond to the second amended complaint.

    **IT IS SO ORDERED.**

DATED: January 24, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL