# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 25 AM 11:04
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT
OF CALIFORNIA
BY: _____ DEPUTY

ANTICANCER, INC., a California corporation,
    Plaintiff,

vs

TECO DIAGNOSTICS, a California corporation;
KC CHEN, a natural person; TONG CHIAH, a
natural person; JIAN YANG VAECHES, a natural
person; and DOES 1-30,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. 07CV2294L (BLM)

SECOND AMENDED COMPLAINT

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DAN LAWTON
LAWTON LAW FIRM
550 WEST C STREET, SUITE 1400
SAN DIEGO, CA 92101
(619) 595-1370

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 2 5 2008

W. Samuel Hamrick, Jr.
CLERK
J. PARIS

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                                     AO-440S