Yuching Huang (California Bar No. 157202)
Law Offices of Yuching Huang
1691 East Orangethorpe Avenue
Placentia, California 92870-6649
Phone: (714) 577-3911     Fax: (714) 579-0919
E-mail: huangesq@aol.com

Attorney for Defendants Teco Diagnostics,
KC Chen, Tong Chiah, and Jian Yang Vaeches

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>　　　　　　　　Defendants. | Case No.: 07CV2294L (BLM)<br><br>ANSWER TO SECOND AMENDED COMPLAINT |

　　　　DEFENDANTS, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, AND JIAN YANG VAECHES ANSWER THE SECOND AMENDED COMPLAINT OF PLAINTIFF, ANTICANCER, INC. AS FOLLOWS:

1.　　Defendants deny each and every allegation of the Second Amended Complaint except paragraphs 5, 6, 7, 8, 12, 13, 14, 15 and 16.

2.　　Defendants admit the allegations for paragraphs 5, 6, 7, 8, 12, 13, 14, and 15.

3. For paragraph 16, Defendants deny the allegations to the extent that it implies that negotiations broke down before Teco Diagnostics made the public announcement. Defendants otherwise admit the allegations in this paragraph.

## FIRST AFFIRMATIVE DEFENSE

### Improper Venue

4. This Court is not the proper venue. This case should be filed with the Central District.

## SECOND AFFIRMATIVE DEFENSE

### Fail to State Cause of Action

5. The complaint is barred by plaintiff's failure to state any cause of action against Defendants.

## THIRD AFFIRMATIVE DEFENSE

### Lack of Standing

6. This complaint is barred by the fact that Plaintiff lacks standing to bring an action as against the natural person Defendants. These Defendants are not a party to the transaction.

WHEREFORE, Defendants request judgment as follows:

1. That Plaintiff take nothing by the complaint, which will be dismissed with prejudice as against Defendants.

2. That Defendants recover from Plaintiff costs and reasonable attorney fees.

3. That further relief(s) be granted as the Court may deem just and proper.

Date: February 4, 2008

   /S/YuChing Huang/
Attorney for Defendants Teco Diagnostics, KC Chen, Tong Chiah, and Jian Yang Vaeches

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER TO SECOND AMENDED COMPLAINT was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Daniel Lawton, Esq.
Joseph C. Kracht, Esq.
LAWTON LAW FIRM
550 West C Street, Suite1400
San Diego, CA 92101

February 4, 2008, at Placentia, California

    /s/YuChing Huang/
Yuching Huang
For Defendants: Teco Diagnostics,
KC Chen, Tong Chiah, and
Jian Yang Vaeches

1

07CV2294L(BLM)