Dan Lawton, Esq.
LAWTON LAW FIRM
550 West C Street
Suite 1400
San Diego, CA 92101
(619) 595-1370

Attorney(s) for     Anticancer, Inc., a California corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff: Anticancer, Inc., a California corporation | Case No: 07CV2294L(BLM) |
| Defendant: Teco Diagnostics, a California etc., et al. | PROOF OF SERVICE |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY HEARING

2. a. Party served:       KC Chen, a natural person
   b. Person served:      C. Huang, Receptionist
   c. Place of Service:   1691 E. Orangethorpe Avenue
                          Placentia, CA 92870
                              {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    01/28/08
      (2) at:    3:56 p.m.

4. Person serving:                          a. Fee for Service: $ 82.60
   Bashieff Jones                           e. Exempt from registration under
   CALEXPRESS                                  Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 30, 2008                      Signature: [signature]

PROOF OF SERVICE

1  Dan Lawton, Esq.
   LAWTON LAW FIRM
2  550 West C Street
   Suite 1400
3  San Diego, CA 92101
   (619) 595-1370
4

   Attorney(s) for         Anticancer, Inc., a California corporation
5
                       UNITED STATES DISTRICT COURT
6                      SOUTHERN DISTRICT OF CALIFORNIA

7  Plaintiff:    Anticancer, Inc., a California corporation        Case No:   07CV2294L(BLM)

8  Defendant: Teco Diagnostics, a California etc., et al.          **PROOF OF SERVICE BY MAIL**

9  I, the undersigned, certify and declare as follows:

10 I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape
   Street, San Diego, CA 92101, which is located in the county where the mailing described
11 below took place.

12 I am readily familiar with the business practice at my place of business for collection and processing
   of correspondence for mailing with the United States Postal Service. Correspondence so collected
13 and processed is deposited with the United States Postal Service that same day in the ordinary
   course of business.
14

15 On January 30, 2008      at my place of business at San Diego, California, copy of the:

16        SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF
   TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY
17 HEARING

18 were placed for deposit in the United States Postal service in a sealed envelope with postage
   prepaid, addressed to:
19
              Yuching Huang on behalf of KC Chen, a natural person
20            1691 E. Orangethorpe Avenue
              Placentia, CA 92870
21

22 and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
   date following ordinary business practice.

23 I certify and declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
24

25 Executed on January 30, 2008      at San Diego, California.

26                                                    _____
                                                      Ariel Pantanella
27

28

---

**PROOF OF SERVICE BY MAIL**