Dan Lawton, Esq.
LAWTON LAW FIRM
550 West C Street
Suite 1400
San Diego, CA 92101
(619) 595-1370

Attorney(s) for        Anticancer, Inc., a California corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff:   Anticancer, Inc., a California corporation | Case No:   07CV2294L(BLM) |
| Defendant: Teco Diagnostics, a California etc., et al. | PROOF OF SERVICE |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY HEARING

2. a. Party served:        Tong Chiah, a natural person
   b. Person served:      C. Huang, Receptionist
   c. Place of Service:   1691 E. Orangethorpe Avenue
                          Placentia, CA 92870
                          {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:   01/28/08
      (2) at:   3:56 p.m.

4. Person serving:
   Bashieff Jones
   CALEXPRESS
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

   a. Fee for Service:$ 0.00
   e. Exempt from registration under Bus. & Prof. Code 22350(b)

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   January 30, 2008              Signature: /s/

PROOF OF SERVICE

Dan Lawton, Esq.
LAWTON LAW FIRM
550 West C Street
Suite 1400
San Diego, CA 92101
(619) 595-1370

Attorney(s) for          Anticancer, Inc., a California corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:   Anticancer, Inc., a California corporation          Case No:   07CV2294L(BLM)

Defendant: Teco Diagnostics, a California etc., et al.           **PROOF OF SERVICE BY MAIL**

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape Street, San Diego, CA 92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 30, 2008   at my place of business at San Diego, California, copy of the:

SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY HEARING

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

Yuching Huang on behalf of Tong Chiah, a natural person
1691 E. Orangethorpe Avenue
Placentia, CA 92870

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2008        at San Diego, California.

*Ariel Pantanella*
Ariel Pantanella

**PROOF OF SERVICE BY MAIL**