1  Dan Lawton, Esq.
   LAWTON LAW FIRM
2  550 West C Street
   Suite 1400
3  San Diego, CA 92101
   (619) 595-1370
4

5  Attorney(s) for     Anticancer, Inc., a California corporation

6  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA

7  Plaintiff:   Anticancer, Inc., a California corporation          Case No:   07CV2294L(BLM)

8  Defendant: Teco Diagnostics, a California etc., et al.           PROOF OF SERVICE

9  1. At the time of service I was at least 18 years of age and not a party to this action, and I served
10    copies of the:

11     SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF
   TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY
12 HEARING

13 2. a. Party served:       Jian Yang Vaeches, a natural person
      b. Person served:      C. Huang, Receptionist
14    c. Place of Service:   1691 E. Orangethorpe Avenue
                             Placentia, CA 92870
15                                {Business}

16 3. I served the party named in item 2
      a. By personally delivering copies to the person served.
17       (1) on:       01/28/08
         (2) at:       3:56 p.m.
18

19 4. Person serving:                                a. Fee for Service:$ 0.00
   Bashieff Jones                                   e. Exempt from registration under
20 CALEXPRESS                                          Bus. & Prof. Code 22350(b)
   917 West Grape Street
21 San Diego, CA  92101
   (619) 685-1122
22

23 5. I declare under penalty of perjury under the laws of the State of California that the foregoing is
      true and correct.

24
   Date:   January 30, 2008                         Signature: [signature]
25

26

27

28

---
PROOF OF SERVICE

Dan Lawton, Esq.
LAWTON LAW FIRM
550 West C Street
Suite 1400
San Diego, CA 92101
(619) 595-1370

Attorney(s) for      Anticancer, Inc., a California corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff:    Anticancer, Inc., a California corporation          Case No:   07CV2294L(BLM)

Defendant: Teco Diagnostics, a California etc., et al.          **PROOF OF SERVICE BY MAIL**

I, the undersigned, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 917 West Grape Street, San Diego, CA  92101, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 30, 2008     at my place of business at San Diego, California, copy of the:

   SUMMONS; SECOND AMENDED COMPLAINT; BREACH OF CONTRACT; THEFT OF TRADE SECRETS AND OTHER TORTS; DEMAND FOR TRIAL BY JURY AND FOR SPEEDY HEARING

were placed for deposit in the United States Postal service in a sealed envelope with postage prepaid, addressed to:

   Yuching Huang on behalf of Jian Yang Vaeches, a natural person
   1691 E. Orangethorpe Avenue
   Placentia, CA 92870

and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that date following ordinary business practice.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2008     at San Diego, California.

_Ariel Pantanella_
Ariel Pantanella

**PROOF OF SERVICE BY MAIL**