1 | Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
2 | Matt Valenti (State Bar No. 253978)
LAWTON LAW FIRM
3 | 550 West C Street, Suite 1400
San Diego, CA 92101
4 | (619) 595-1370
(619) 595-1520 (Telefacsimile Number)
5 | dlawton@lawtonlaw.com (electronic mail)

6 | Attorneys for Plaintiff AntiCancer, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| ANTICANCER, INC., a California corporation, | Case No. 07-CV-2294-L (BLM) |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing REPORT OF RULE 26(f) CONFERENCE AND DISCOVERY PLAN was this date served upon all counsel of record by transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: March 10, 2008            By: s/Joseph C. Kracht
                                      Attorney for Plaintiff AntiCancer, Inc.

Case No. 07CV2294L(BLM)