Peter J. Bezek, State Bar No. 102310
Roger N. Behle, Jr., State Bar No. 174755
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, California 92626
Telephone: (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com, rbehle@foleybezek.com

Yuching Huang, State Bar No. 15702
Law Offices of Yuching Huang
1691 East Orangethorpe Avenue
Placentia, California 92870
Telephone: (714) 577-3911
Facsimile: (714) 579-0919

Attorneys for Defendants
TECO DIAGNOSTIC, KC CHEN, TONG CHIAH and
JIAN YANG VAECHES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC. | Case No.: 07CV2294-L (BLM |
| Plaintiff, | Judge: M. James Lorenz |
| vs. | Magistrate: Barbara L. Major |
| TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, | ASSOCIATION OF COUNSEL |
| Defendants. | |

Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and

JIAN YANG VAECHES, hereby associates into the above-captioned action,

Roger N. Behle, Jr., Esq. of FOLEY, BEZEK, BEHLE & CURTIS, LLP, located

at 575 Anton Blvd., Suite 710, Costa Mesa, California 92626, (714) 556-1700 as their attorneys of record in addition to their current attorney of record, Yuching Huang, Esq.

All counsel hereby acknowledges and agree to the above association.

Dated: March 13, 2008        LAW OFFICES OF YUCHING HUANG

                             By:  /s/YuChing Huang/
                                  YUCHING HUANG, ESQ.
                                  Attorneys for Defendants

Dated: March 13, 2008        FOLEY BEZEK BEHLE & CURTIS, LLP

                             By:  _____
                                  ROGER N. BEHLE, JR., ESQ.
                                  Attorney for Defendants

Yuching Huang  (California Bar No. 157202)
Law Offices of Yuching Huang
1691 East Orangethorpe Avenue
Placentia, California 92870-6649
Phone: (714) 577-3911      Fax: (714) 579-0919
E-mail: huangesq@aol.com

Attorney for Defendants Teco Diagnostics,
KC Chen, Tong Chiah, and Jian Yang Vaeches

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>              Defendants. | Case No.: 07CV2294L (BLM)<br><br>CERTIFICATE OF SERVICE |

I hereby certify that a copy of the foregoing ASSOCIATION OF COUNSEL was this date served upon all counsel of record by transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Date: March 13, 2008            /s/YuChing Huang/
                                Attorney for Defendants Teco Diagnostics,
                                KC Chen, Tong Chiah, and Jian Yang
                                Vaeches