

```
FILED

3/27/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

**Anticancer Inc.**                                           **07cv2294-L (BLM)**

**-v-**

**Teco Inc., et al.**

# STRICKEN DOCUMENT

18-Substitution of Attorney

**18**