Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN, TONG CHIAH,
a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES,
a natural person

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC. C., a California Corporation<br><br>             Plaintiff,<br><br>       vs.<br><br>TECO DIAGNOSTICS,  a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and  DOES 1 through 30, Inclusive,<br><br>             Defendants. | **CASE NO.: 07CV2294-L(BLM)**<br><br>Judge:  M. James Lorenz<br>Magistrate:  Barbara L. Major<br><br>**EX PARTE APPLICATION FOR COURT APPROVAL OF  SUBSTITUTION OF ATTORNEY IN ACCORDANCE WITH CivLR 83.3(g)(2)** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES, hereby submit the following Ex Parte Application pursuant to CivLR 83.3(g)(2) of the Local Rules of Practice for the United States District Court in the Southern District of California.

Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES, hereby request that the Court approve its Substitution of Attorney.

1        Defendants' former legal representative Yuching Huang, of the Law Offices of

2   Yuching Huang is replaced by new legal representative, Roger B. Behle, Esq., of FOLEY

3   BEZEK BEHLE & CURTIS, LLP. Attached as Exhibit A, is a true and correct copy of the

4   Substitution of Attorney executed by all defendants, defendants' former legal representative

5   

6   and defendants' new legal representative.

7        Defendants respectfully request that the Court grant Defendants' Ex Parte Application

8   for approval of Substitution of Attorney.

9   **Dated:  April 1, 2008**          **FOLEY BEZEK BEHLE & CURTIS, LLP**

10  

11  

12  _____
     Roger N. Behle, Jr., Esq.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT A

# EXHIBIT A

Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN, TONG CHIAH,
a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES,
a natural person

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC. C., a California Corporation. | **CASE NO.: 07CV2294-L(BLM)** |
| Plaintiff, | Judge: M. James Lorenz<br>Magistrate: Barbara L. Major |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive, | CivLR 83.3(g)(2) |
| Defendants. | |

**THE COURT AND ALL PARTIES ARE NOTIFED THAT** Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES, make the following substitution of attorney:

Defendants' former legal representative, Yuching Huang, of the Law Offices of Yuching Huang, is replaced by new legal representative, Roger N. Behle, Jr., Esq. of FOLEY BEZEK BEHLE & CURTIS, LLP, located at 575 Anton Blvd., Suite 710, Costa Mesa, California 92626, (714) 556-1700.

/ / /

/ / /

/ / /

Case No. 07 CV2294-L (BLM)

The parties making this substitution of attorney are defendants.

I consent to this substitution:  **LAW OFFICES OF YUCHING HUANG**

Dated: **Mar. 25, 2008**  /S/YuChing Huang/
_____  _____
                          Yuching Huang, Esq.


I consent to this substitution:  TECO DIAGNOSTICS

Dated: _____  By_____


Dated: _____  _____
                          KC CHEN


Dated: _____  _____
                          TONG CHIAH


Dated: _____  _____
                          JIAN YANG VAECHES

I consent to this substitution  **FOLEY BEZEK BEHLE & CURTIS, LLP**


Dated: _____  _____
                          Roger N. Behle, Jr., Esq.

1  The parties making this substitution of attorney are defendants.

2  **I consent to this substitution:**          **LAW OFFICES OF YUCHING HUANG**

3

4  Dated: _____

5                                              _____
                                              Yuching Huang, Esq.
6

7  **I consent to this substitution:**          **TECO DIAGNOSTICS**

8  Dated: _3/25/08__          By _K. C Chen__

9

10 Dated: _3/25/08__          _K. C Chen_

11                                             _____
                                              KC CHEN
12

13 Dated: _3/25/08__

14                                             _____
                                              TONG CHIAH
15

16

17 Dated: _3/25/08__          Jian Yang Vaeches
                                              _____
18                                             JIAN YANG VAECHES

19 **I consent to this substitution**          **FOLEY BEZEK BEHLE & CURTIS, LLP**

20

21 Dated: _3/27/08__

22                                             _____
                                              Roger N. Behle, Jr., Esq.
23

24

25

26

27

28

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE:

I am over the age of 18 years and not a party to the within action; I am employed by FOLEY BEZEK BEHLE & CURTIS, LLP in the County of Orange at 575 Anton Boulevard, Suite 710, Costa Mesa, California 92626.

On April 1, 2008, I served the foregoing **EX PARTE APPLICATION FOR COURT APPROVAL OF SUBSTITUTION OF ATTORNEY IN ACCORDANCE WITH CivLR 83.3(g)(2)** by placing true copies thereof enclosed in a sealed envelope(s) addressed as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA  92101
619-595-1520 Facsimile

Yuching Huang, Esq.
LAW OFFICES OF YUCHING HUANG
1691 E. Orangethorpe Avenue
Placentia, CA  92870
714-579-0919 Facsimile

☐     **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐     **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service.  The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☒     **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐     **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

1
**PROOF OF SERVICE**

1    ☒    **BY MAIL**: I am familiar with the practice at my place of business for collection

2    and processing of correspondence for mailing with the United States Postal Service.  The

3    above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

4    above, sealed, and deposited with the United States Postal Service with postage fully prepaid in

5    accordance with the ordinary course of business.

6    ☒    **(FEDERAL)** I declare that I am employed in the office of a member of the Bar

7    of this Court at whose direction the service was made.

8    ☐    **(STATE)** I declare that I am employed in the office of a member of the Bar of

9    this Court at whose direction the service was made.

10    I declare under penalty of perjury under the laws of the State of California and the

11    United States of America that the above is true and correct.

12    Executed on April 1, 2008, at Costa Mesa, California.

13

14    Francine Villeta

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**