IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>    Defendants. | Case No. 07CV2294 L (BLM)<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR SUBSTITUTION OF COUNSEL [doc. #20]** |

    Good cause appearing, defendants' *ex parte* motion is **GRANTED**. Yuching Huang, of the Law Offices of Yuching Huang is relieved as counsel of record for defendants who shall now be represented by Roger B. Behle of Foley Bezek Behle & Curtis, LLP.

    **IT IS SO ORDERED.**

DATED: April 2, 2008

                                    M. James Lorenz
                                    United States District Court Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL