

```
FILED
4/18/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY
```

Anticancer Inc.                                   07cv2294-L (BLM)

-v-

Teco, Inc., et al.


# STRICKEN DOCUMENT


23-Defendants' Notice of Motion and Motion to Amend Answer


**23**