Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN, TONG CHIAH,
a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES,
a natural person

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>          Plaintiff,<br><br>     vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>          Defendants. | **CASE NO.: 07CV2294-L(BLM)**<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE**<br><br>DATE:          June 23, 2008<br>TIME:          10:30 a.m.<br>COURTROOM: 14 |

I, KC CHEN, declare as follows:

1.     I have personal knowledge of the facts contained in this Declaration and if called to testify I could and would competently testify thereto.

2.     I have been employed by Teco Diagnostics ("Teco") since its incorporation in 1992. I am currently the President of Teco and work at its principal place of business in Anaheim, California. I am currently only employed by Teco, and no other employers.

3.     I currently reside in Orange County, California and have resided in that county for at least the last two (2) years.

4.      I have not committed any of the infringing acts alleged in Second Amended Complaint of AntiCancer, Inc. in San Diego County or Imperial County (or in any county for that matter), including any counties within the jurisdiction of the United States District Court, Southern District of California. In addition, I do not currently have and have not had any regular and established place of business, through Teco or otherwise, in San Diego County, Imperial County, or any county within the jurisdiction of the United States District Court, Southern District of California.

5.      I do not currently work and have not worked in San Diego County, Imperial County, or any county within the jurisdiction of the United States District Court, Southern District of California for at least the last two (2) years. I do not currently lease or own office space, office equipment, or land-based telephone lines in San Diego County, Imperial County, or any county within the jurisdiction of the United States District Court, Southern District of California personally, nor have I done so for at least the last two (2) years. I do not currently retain personally and have not retained personally employees or vendors within in San Diego County or Imperial County, or in any counties within the jurisdiction of the United States District Court, Southern District of California for at least the last two (2) years.

6.      I do not currently maintain and have not maintained for at least the last two (2) years any sort of personal, physical address in San Diego County or Imperial County, or in any counties within the jurisdiction of the United States District Court, Southern District of California to which mail could be delivered.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this __29__ day of April, 2008 at __Manila__ , Philippines ~~, California.~~

_K.C. Ch____
KC CHEN

Case No. 07 CV2294-L (BLM)

DECLARATION OF KC CHEN

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 29TH day of April, 2008, with a copy of this document:

**DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA 92101
619-595-1520 Facsimile

□      **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

□      **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

■      **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

□      **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

■      **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The

1

**PROOF OF SERVICE**

1  above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

2  above, sealed, and deposited with the United States Postal Service with postage fully prepaid in

3  accordance with the ordinary course of business.

4  ■    **(FEDERAL)** I declare that I am employed in the office of a member of the Bar

5  of this Court at whose direction the service was made.

6  □    **(STATE)** I declare that I am employed in the office of a member of the Bar of

7  this Court at whose direction the service was made.

8  I certify that all parties in this case that have made an appearance are represented by

9  counsel who are CM/ECF participants who have consented to electronic service.

10  I declare under penalty of perjury under the laws of the State of California and the

   United States of America that the above is true and correct.

11  Dated:  April 29, 2008                    FOLEY BEZEK BEHLE & CURTIS, LLP

12

13                                            *s/Roger N. Behle, Jr.*
                                              Roger N. Behle, Jr.

14                                            Attorneys for Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**