Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN, TONG CHIAH, a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES, a natural person

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>Plaintiff,<br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**DECLARATION OF ROGER N. BEHLE, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE [28 U.S.C. §1406(a); FED. R. CIV. P. 12(b)(3)]**<br><br>Date: June 23, 2008<br>Time: 10:30 a.m.<br>Courtroom: 14 |

1. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify truthfully and competently thereto under oath.

2. I am admitted and licensed to practice before all of the courts of the State of California, and I am admitted to practice before the United States District Court for the Southern District of California.

3. I am a partner in the law firm of Foley Bezek Behle & Curtis, LLP, attorneys of record for Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, TONG CHIAH, and JIAN YANG VAECHES.

4.      I submit this declaration in support of Defendants' Notice of Motion and Motion to Dismiss, or in the Alternative, to Transfer for Improper Venue.

5.      On April 22, 2008, I contacted Plaintiff's counsel, Dan Lawton, to discuss with him the legal basis supporting his choice of venue in the Southern District. Specifically, I asked Mr. Lawton why he filed in the Southern District and, further, whether he would be willing to stipulate to the transfer the case to the Central District. I explained to Mr. Lawton that I believed the proper venue for this case was the Central District, based on 28 U.S.C. §1400(b), the statute governing venue in patent infringement cases. Mr. Lawton told me he would have to think about the issue further and that he would get back to me.

6.      Later that same day, on April 22, 2008, I sent Mr. Lawton a letter outlining my analysis of venue in this case. Again, I asked Mr. Lawton to stipulate to transfer venue to the Central District. Attached hereto as Exhibit A is a true and correct copy of my letter to Mr. Lawton, dated April 22, 2008.

7.      On April 24, 2008, I received a letter from Mr. Lawton advising me that he had considered my proposal, but that he was unwilling to stipulate to transfer this case to the Central District. Mr. Lawton did not provide any explanation as to why he filed this case in the Southern District in the first instance. Rather, he merely claimed that Defendants' had, in his view, waived the right to challenge venue. Attached hereto as Exhibit B is a true and correct copy of Mr. Lawton's letter to me dated April 22, 2008, and received on April 24, 2008.

8.      Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Second Amended Complaint.

///

///

///

Case No. 07 CV2294-L (BLM)

9. Attached as Exhibit D is a true and correct copy of Defendants' Answer to Plaintiffs Second Amended Complaint.

10. This case is in its early stages. No formal discovery has yet been conducted. No interrogatories, requests for production of documents, or requests for admission have yet been propounded by any of the parties. Plaintiff has noticed two depositions, but those depositions are in the process of being re-set to the month of June. As of the date of this declaration, there have been no substantive hearings before this Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2008 at Costa Mesa, California.

                                                *s/Roger N. Behle, Jr.*
                                                Roger N. Behle, Jr.

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 29th day of April, 2008, with a copy of this document: **DECLARATION OF ROGER N. BEHLE, JR., IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE [28 U.S.C. §§1406(a); FED. R. CIV. P. 12(b)(3)** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

■ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

■   **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: April 29, 2008                                    FOLEY BEZEK BEHLE & CURTIS, LLP

                                                         *s/Roger N. Behle, Jr.*
                                                         Roger N. Behle, Jr.
                                                         Attorneys for Defendants.