1  Dan Lawton (State Bar No. 127342)
   Joseph C. Kracht (State Bar No. 228507)
2  Matt Valenti (State Bar No. 253978)
   LAWTON LAW FIRM
3  550 West C Street, Suite 1400
   San Diego, CA 92101
4  (619) 595-1370
   (619) 595-1520 (Telefacsimile Number)
5  dlawton@lawtonlaw.com (electronic mail)

6  Attorneys for Plaintiff AntiCancer, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>        Defendants. | Case No. 07CV2294L (BLM)<br><br>PLAINTIFF ANTICANCER, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT AGAINST DEFENDANT TECO DIAGNOSTICS<br><br>Date:   July 21, 2008<br>Time:   10:30 a.m.<br>Place:  Courtroom 14<br>Judge:  Hon. M. James Lorenz |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on July 21, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard in the above-entitled Court, in Courtroom 14, which is located at 940 Front Street, San Diego, California, plaintiff AntiCancer, Inc., will and hereby does move the Court for partial summary judgment of patent infringement as to defendant Teco Diagnostics on AntiCancer's first, second, third, fourth and fifth claims for relief contained in AntiCancer's second amended complaint on the grounds there is no genuine

1 issue as to any material fact and that AntiCancer is entitled to judgment as a matter of law
2 thereon.
3    This motion will be, and is, based on admissions contained in defendant Teco
4 Diagnostics' answer to the second amended complaint and the undisputed evidence of
5 defendant Teco Diagnostics' infringement of United States patents numbers 5,998,191,
6 6,066,467, 6,140,102, 6,448,446, and 6,468,762 (via its advertised development of an
7 enzymatic homocysteine assay kit using the same processes claimed in the foregoing
8 patents).
9    This motion will be, and is, based upon the provisions of Fed. R. Civ. Proc. 56 and
10 the pertinent patent laws of the United States, and the common law construing the same.
11    This motion also is based on this notice of motion and motion, the accompanying
12 memorandum of points and authorities, the accompanying declarations of Robert M.
13 Hoffman and Dan Lawton and all exhibits appended thereto, all pleadings and papers on file
14 in this action, and such other further evidence and argument as may properly come before the
15 Court at, before or after the hearing on this motion.

17 Dated: May 9, 2008                    LAWTON LAW FIRM

19                                       By: s/_____
                                              Dan Lawton
20                                            Attorneys for Plaintiff AntiCancer, Inc.