```
1  Dan Lawton (State Bar No. 127342)
   Joseph C. Kracht (State Bar No. 228507)
2  Matt Valenti (State Bar No. 253978)
   LAWTON LAW FIRM
3  550 West C Street, Suite 1400
   San Diego, CA  92101
4  (619) 595-1370
   (619) 595-1520 (Telefacsimile Number)
5  dlawton@lawtonlaw.com (electronic mail)

6  Attorneys for Plaintiff AntiCancer, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30, <br><br> Defendants. | Case No. 07CV2294L (BLM) <br><br> DECLARATION OF DAN LAWTON IN SUPPORT OF MOTION OF PLAINTIFF ANTICANCER, INC. FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT BY DEFENDANT TECO DIAGNOSTICS <br><br> Date:   July 21, 2008 <br> Time:   10:30 a.m. <br> Place:  Courtroom 14 <br> Judge:  Hon. M. James Lorenz |

I, Dan Lawton, declare:

1. I am a lawyer licensed to practice in this Court. I am counsel of record to AntiCancer, Inc., plaintiff in this action. If called upon to testify in court, I could and would testify competently thereto.

2. The accompanying index identifies, by letter, each exhibit proffered by AntiCancer in support of its pending motion for summary adjudication. Each copy is true and correct.

///

1 |     I declare under the pains and penalties of perjury under the laws of the United States
2 | that the foregoing is true and correct, and that I have executed this Declaration this 5th day of
3 | May, 2008, at San Diego, California.

                                              s/ Dan Lawton
                                              Dan Lawton

*AntiCancer, Inc. v. Teco Diagnostics, et al.*
U.S. District Court for the Southern District of California
Case No. 07CV2294-L (BLM)

**INDEX OF EXHIBITS ATTACHED TO LAWTON DECLARATION**

**May 9, 2008**

| EXHIBIT LETTER | DESCRIPTION |
|---|---|
| A | Confidential Disclosure Agreement between Teco Diagnostics and AntiCancer, Inc. (signed September 21, 2006) |
| B | United States Patent No. 5,998,191 (December 7, 1999) |
| C | United States Patent No. 6,066,467 (May 23, 2000) |
| D | United States Patent No. 6,140,102 (October 31, 2000) |
| E | United States Patent No. 6,448,446 (September 10, 2002) |
| F | United States Patent No. 6,468,762 (October 22, 2002) |
| G | Printout from website of Teco Diagnostics, "Patented Homocysteine Assay Given FDA Approval in the Fight Against Cardiovascular Disease" (undated) |
| H | Brochure flyer distributed by Teco Diagnostics, "Homocysteine," with color photographs and written "Procedure" and "Specifications" sections (undated) |
| I | Brochure flyer distributed by Teco Diagnostics, "Homocysteine," with color photograph (undated) |
| J | Brochure flyer distributed by Teco Diagnostics, with color photograph, zoomed to show detail (undated) |
| K | AntiCancer, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions Against Teco Diagnostics (March 31, 2008) |