EXHIBIT "G"



# TC Teco Diagnostics
## Clinical Specialists

HOME    NEWS    PRODUCTS    SUPPORT    ABOUT US



## Patented Homocysteine Assay Given FDA Approval in the Fight Against Cardiovascular Disease

The development of Teco Diagnostics' assay and TC-650 reader is a bold step in detection of a risk factor for cardiovascular disease. High homocysteine levels have been shown as a sensitive marker for folate formation, thrombosis and are being considered for monitoring more important than that of cholesterol. Current research indicates that it is homocysteine in combination with cholesterol which triggers plaque formation and atherosclerosis. Currently, 5% of the adult population takes cholesterol-lowering drugs with a market for such treatment of greater than $10 billion per year. Cardiovascular disease is the No. 1 kill in the U.S.A.

Homocysteine is a mutant amino acid with an additional methylene group inserted into the thiol side chain. Increasing the length of the side chain creates additional reactivity including disulfide insertion and cyclization. Because of these attributes, homocysteine has also been linked to bone weakness, birth defects, pregnancy complications, psychiatric disorders and cognitive impairment in the elderly. It can also be downregulated by high concentrations of polyphenol antioxidants known to suppress formation of ROSs (reactive oxygen species).

Teco Diagnostics is one of two companies with a patent and FDA approval for homocysteine detection. The Teco Diagnostics' assay utilizes genetically-engineered recombinant homocysteinase (rHCYase) to generate hydrogen sulfide. The fluorescence of a proprietary fluorophore is read between 665 and 690 nm when reacted with hydrogen sulfide on the TC-650 reader. Only 5 ml of plasma is needed for this assay which has a read time of 3 minutes.

### Latest News

The Teco Diagnostics Alcohol Saliva Screening Test is a simple two minute, one step, saliva screening test for the detection of alcohol that works in a clean, non-invasive manner.

READ MORE...

The ELISA 94+ operates in a simple manner. There are 8 or 12 pairs of stainless steel injection/suction tubes on the scouring nozzle. Each pair of needle tubes is perfectly set to match the holes of the enzymatic plate. The suction pump removes wash liquid from the washing bottle to the instrument. The washing liquid will pass through injection/suction needle tubes, scouring nozzle and then be drawn out by another pump. During the process of washing you can program to control a lot of parameters such as displacement of enzymatic plate, rise or fall of the scouring nozzle, injecting volume of the washing liquid, time of steeping and times of

< Prev          Next >

[ Back ]