# EXHIBIT "H"

## Specifications:

| | | |
|---|---|---|
| Detection Limit: | 3 μM (L–HCY only) | |
| Linearity: | 50 μM tHCY | |
| Precision: | CV < 8–10% | |
| Interference: | L–Cysteine | < 10% |
| | L–Methionine | < 10% |
| | Hemoglobin | < 10% |
| Cross Reactivity: | L–Cysteine | < 10% |
| | Methionine | < 10% |
| | Cystathione | < 10% |





## Procedure:

1. Add 5 μl of sample and 165 μl of R1 into one well of a 96–well plate or in a tube.
2. Incubate at room temperature (20–25°C) for 60 minutes.
3. Add 30 μl of R2 to each well.
4. Incubate at room temperature (20–25°C) for 5 minutes.
5. Add 50 μl Reagent III (Chromophore Reagent) and then add 30 μl Reagent IV (Oxidant Reagent) to each well.
6. Incubate at room temperature (20–25°C) for 10 minutes.
7. Read fluorescence at 710/ 660 nm (EM/EX) and the HCY value will be reported directly by the Teco Diagnostic Reader.

# HOMOCYSTEINE

TECO DIAGNOSTICS
1268 N. LAKEVIEW AVE
ANAHEIM, CA 92807

(714) 693-7788 | www.tecodiag.com | sales@tecodiag.com

TC