# EXHIBIT "I"





HyTek 205

**HOMOCYSTEINE**