# EXHIBIT "J"

