EXHIBIT "K"

1 | Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
2 | Matt Valenti (State Bar No. 253978)
LAWTON LAW FIRM
3 | 550 West C Street, Suite 1400
San Diego, CA 92101
4 | (619) 595-1370
(619) 595-1520 (Telefacsimile Number)
5 | dlawton@lawtonlaw.com (electronic mail)

6 | Attorneys for Plaintiff AntiCancer, Inc.

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12 | ANTICANCER, INC., a California          )    Case No. 07-CV-2294-L (BLM)
corporation,                              )
13 |                                        )    ANTICANCER'S DISCLOSURE OF
                Plaintiff,                 )    ASSERTED CLAIMS AND
14 |                                        )    PRELIMINARY INFRINGEMENT
v.                                         )    CONTENTIONS AGAINST TECO
15 |                                        )    DIAGNOSTICS
TECO DIAGNOSTICS, a California             )
16 | corporation; KC CHEN, a natural person; )
TONG CHIAH, a natural person; JIAN        )
17 | YANG VAECHES, a natural person; and     )
DOES 1-30,                                 )
18 |                                        )
                Defendants.                )
19 |                                        )
                                           )
20 | _____ )

21

22 |         Pursuant to Patent Local Rule 3.1, and the Court's Case Management Conference

23 | Order filed on March 18, 2008, Plaintiff AntiCancer, Inc. ("AntiCancer") provides its

24 | Disclosure of Asserted Claims and Preliminary Infringement Contentions against TECO

25

26 | DIAGNOSTICS.

27 |         AntiCancer reserves the right to supplement these Preliminary Infringement

28

Case No. 07CV2294L(BLM)

Contentions, including the list of accused products and services, based upon further

discovery. Further, AntiCancer may amend or supplement any of these disclosures and

contentions in view of any claim construction ruling(s) issued by the Court or any position

taken by Defendant in this action, pursuant to L.P.R. 3.7. AntiCancer, therefore, expressly

reserves the right to amend or supplement its identification of asserted claims, accused

instrumentalities, and priority dates, as well as its claim charts, based on further investigation

and discovery.

## I.    DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS.

### A.  Claims Asserted to Be Infringed.

AntiCancer presently contends that Defendant infringes Claim 1-3, 6, and 7 of U.S.

Patent No. 5,998,191 ("the '191 Patent"); Claims 1-19 of U.S. Patent No. 6,066,467 ("the

'467 Patent"); Claims 1-22 of U.S. Patent No. 6,140,102 ("the '102 Patent"); and Claims 1-

14 of U.S. Patent No. 6,468,762 ("the '762 Patent") based on AntiCancer's understanding of

the information currently available to AntiCancer regarding Defendant's Instrumentalities

identified below.

### B.  Accused Instrumentalities.

AntiCancer presently identifies the following acts and products of Defendant as

"Accused instrumentalities" under 35 U.S.C. § 271 with respect to the respective asserted

claims:  Teco's marketing material for its homocysteine assay and kits including a two sided

picture showing on one side a kit with 11 bottles and a diagnostic reader for the assay, and on the other side outlining the steps of the procedure for using the kit in connection with the reader, the specification related thereto, and pictures of the reagents of the kit and the reader being used. These identifications are based on a preliminary understanding of information currently available to AntiCancer, and AntiCancer reserves the right to supplement these identifications as discovery proceeds.

### C.  Preliminary Infringement Contention Chart.

The attached Asserted Claims and Preliminary Contention Charts (Exhibit A) identify to the extent possible based on information currently in AntiCancer's possession, where each element of each asserted claim is found within each Accused Instrumentality. These identifications are based on a preliminary understanding of information currently available to AntiCancer, and AntiCancer reserves the right to supplement these identifications as discovery proceeds.

### D.  Identification of Literal or Equivalent Infringement.

The attached Asserted Claims and Preliminary Contention Charts identify to the extent possible based on information currently in AntiCancer's possession, where each element of each asserted claim is literally present in each Accused Instrumentality. To the extent that is found not to be literally present, AntiCancer asserts that its equivalent is present in each Accused Instrumentality and that any claim element not found to be literally met is

1  equivalently met because any difference between the claim element and the Accused

2  Instrumentality is not a substantial difference.

3

4

5  **E.  Priority Dates of Claims.**

6  AntiCancer presently contends that the asserted claims of the '102 Patent are entitled

7

8  to the priority dates of U.S. Patent Application Ser. No. 08/942,921, filed on October 1,

9  1997; the claims of the '191 Patent claim priority to application Ser. No. 09/122,129, filed on

10  July 24, 1998; the claims of the '467 Patent claim priority to application Ser. No. 09/122,129,

11

12  filed on July 24, 1998; and the claims of the '762 Patent claim priority to application Ser. No.

13  09/122,129, filed on July 24, 1998.

14

15  **F.  AntiCancer's Practice of Asserted Patents.**

16  Based on presently available information and current analysis, AntiCancer identifies

17

18  that it conducts ongoing scientific research in the field of homocysteine detection and

19  measurement in bodily fluids and provides kits and readers commercially for the same

20  purpose that practice at least one or more elements of claims of the '191, the '467, the '102

21

22  and the'762 Patents.

23

24

25

26

27

28

1

## II.    DOCUMENT PRODUCTION.

2

a.      AntiCancer will make available for inspection and copying any non-privileged

3

4
documents it locates that are responsive to this category under an appropriate protective

5
order.

6

b.      AntiCancer will make available for inspection and copying any non-privileged

7

8
documents it locates that are responsive to this category under an appropriate protective

9
order.

10

c.      AntiCancer will make available for inspection and copying any non-privileged

11

12
documents it locates that are responsive to this category.

13

14

15

16

17
Dated: March 31, 2008              LAWTON LAW FIRM

18

19
                                   By:  _____

20

21
                                        Matt Valenti

22
                                        Dan Lawton
                                        Attorneys for Plaintiff AntiCancer, Inc.

23

24

25

26

27

28

## EXHIBIT A – ANTICANCER'S
## ASSERTED CLAIMS AND PRELIMINARY CONTENTIONS CHARTS

| CLAIM LANGUAGE U.S. Patent No. 5,998,191 | WHERE EACH ELEMENTS OF CLAIMS IS FOUND EACH ACCUSED INSTRUMENTALITY |
|---|---|
| 1. A diagnostic kit for use in a single enzyme assay of the homocysteine concentration in a biological fluid of a subject, said kit comprising: (a) a homocysteinase enzyme; and (b) at least one reagent capable of being used to determine the amount of product hydrogen sulfide formed by reaction of homocysteinase on homocysteine; wherein said homocysteinase has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid in an assay for homocysteine is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 20 μmolar and about 300 μmolar respectively, and wherein said homocysteinase is that of Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein one or more peptide sequences of such enzyme are correspondingly replaced by a sequence selected from the group consisting of residues 43-51, residues 168-176 and residues 304-312 of SEQ ID NO:10. | Teco's marketing material for its homocysteine assay and kits includes a two sided picture showing on one side a kit with 11 bottles and a diagnostic reader for the assay, and on the other side outlining the steps of the procedure for using the kit in connection with the reader, the specification related thereto, and pictures of the reagents of the kit and the reader being used. All of the bottles shown in Teco's marketing material still have the inscription "A/C Enzymatic HCY Assay" which are the very same A/C Diagnostics bottles provided by AntiCancder to Teco. The procedure instructions and specifications together with the bottles shown in Teco's marketing material include all of the reagents, enzymes, buffers, controls, and calibrators in order to carry out Claims 1-3, 6, and 7 of the '191 patent. |
| 2. The diagnostic kit of claim 1 further comprising one or more reagents selected from the group consisting of: (a) an agent capable of reducing disulfide bonds; | See above |

| | |
|---|---|
| (b) a source of ferric iron;<br><br>(c) an N,N-dialkyl-p-phenylenediamine; and<br><br>(d) homocysteine as a calibration standard. | |
| 3. The diagnostic kit of claim 1 comprising:<br><br>(a) SEQ ID NO: 10, or residues Met$^1$ through Leu$^{396}$ thereof, as homocysteinase;<br><br>(b) the reagents 50 mM borate buffer, pH 7.5; 100 mM DL-dithiothreitol; 10 mM potassium ferricyanate, 1% w/v Triton® X-100; a 100 mM solution of N,N-dialkyl-phenylene diamine selected from the group consisting of dimethyl, diethyl, dipropyl or dibutyl; and<br><br>(c) homocysteine or homocystine as a calibration standard. | See above |
| 6. The diagnostic kit of claim 1 wherein said homocysteinase comprises the amino acid sequence set forth as positions 1-396 of SEQ ID NO:10. | See above |
| 7. A diagnostic kit for use in a single enzyme assay of the homocysteine concentration in a biological fluid of a subject, said kit comprising:<br><br>(a) a homocysteinase enzyme having the amino acid sequence of positions 1-396 of SEQ ID NO:10; and<br><br>(b) at least one reagent capable of being used to determine the amount of product hydrogen sulfide formed by reaction of said homocysteinase on homocysteine. | See above |

| CLAIM LANGUAGE U.S. Patent No. 6,066,467 | WHERE EACH ELEMENTS OF CLAIMS IS FOUND EACH ACCUSED INSTRUMENTALITY |
|---|---|
| 1. A diagnostic kit for use in a single enzyme assay of the homocysteine concentration in a biological fluid of a subject, said kit comprising: (a) a homocysteinase enzyme; and (b) at least one reagent capable of being used to determine by fluorescence the amount of product hydrogen sulfide formed by reaction of homocysteinase on homocysteine; wherein said homocysteinase is sufficiently non-reactive toward cysteine that any hydrogen sulfide produced by reaction of said homocysteinase on cysteine does not substantially interfere with the use of said kit to assess risk for cardiovascular disease. | Teco's marketing material for its homocysteine assay and kits includes a two sided picture showing on one side a kit with 11 bottles and a diagnostic reader for the assay, and on the other side outlining the steps of the procedure for using the kit in connection with the reader, the specification related thereto, and pictures of the reagents of the kit and the reader being used. All of the bottles shown in Teco's marketing material still have the inscription "A/C Enzymatic HCY Assay" which are the very same A/C Diagnostics bottles provided by AntiCancder to Teco. The procedure instructions and specifications together with the bottles shown in Teco's marketing material include all of the reagents, enzymes, buffers, controls, and calibrators in order to carry out Claims 1-19 of the '467 patent. |
| 2. The diagnostic kit of claim 1 wherein the homocysteinase included therein has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid in an assay for homocysteine is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 5-15 µmolar and about 100-300 µmolar respectively. | See above |
| 3. The diagnostic kit of claim 1 wherein said homocysteinase included therein has the property that at least about 99% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid in an assay for | See above |

| | |
|---|---|
| homocysteine is contributed by said homocysteine. | |
| 4. The diagnostic kit of claim 1 capable of being used to determine a homocysteine concentration in said biological fluid in the range of 1-500 μmolar, wherein said fluid also contains about 10 to about 1000 μmolar of cysteine. | See above |
| 5. The diagnostic kit of claim 1 capable of being used to determine the homocysteine concentration in tissue fluid, blood, blood plasma, blood serum or urine. | See above |
| 6. The diagnostic kit of claim 1 further comprising one or more reagents selected from the group consisting of: (a) an agent capable of reducing disulfide bonds; (b) a source of ferric iron; (c) an N,N-dialkyl-p-phenylene diamine; and (d) homocysteine as a calibration standard. | See above |
| 7. The diagnostic kit of claim 1 comprising: (a) SEQ ID NO: 10, or residues Met[1] through Leu[396] thereof, as homocysteinase in a concentration of 0.01-1000 μM/ml; (b) at least one buffer having a concentration of 10 mM-1 M and a pH of 7-9.5 selected from the group consisting of sodium phosphate buffer, tris buffer and borate buffer; and at least one reducing agent having a concentration of 0.1 mM-1 M selected from the group consisting of DL-dithiothreitol, TCEP, and β-mercaptoethanol; 0.01-100 mM potassium ferricyanate, 0.1-10% w/v surfactant | See above |

| | |
|---|---|
| (detergent); a 0.01-100 mM solution of N,N-dialkyl-phenylene diamine having a dialkyl group selected from the group consisting of dimethyl, diethyl, dipropyl and dibutyl; and<br><br>(c) homocysteine and/or homocystine as a calibration standard. | |
| 8. In a method for determining the amount of homocysteine present in a biological fluid of a subject wherein said method comprises the step of contacting said sample with an enzyme capable of catalyzing production from homocysteine of a detectable quantity of hydrogen sulfide, and wherein said sample further comprises an amount of cysteine from which a detectable quantity of hydrogen sulfide can be produced that interferes with said determination, the improvement comprising<br><br>selecting, for use therein, a homocysteinase having the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid therewith, in an assay for homocysteine, is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 1-500 μmolar and about 10-1000 μmolar respectively, and<br><br>measuring by fluorescence the amount of product hydrogen sulfide formed. | See above |
| 9. A single enzyme method for determining the concentration of homocysteine in a biological fluid of a subject that comprises use of a diagnostic kit according to claim 1. | See above |
| 10. A diagnostic method to assess risk for cardiovascular disease in a subject, wherein the concentration of homocysteine in a biological fluid of said subject is | See above |

| | |
|---|---|
| determined, absent interference from concentrations of cysteine and methionine in said fluid, said method comprising the steps of:<br><br>(a) contacting the biological fluid sample with an agent capable of reducing disulfide bonds in order to liberate as free homocysteine that fraction of total homocysteine present therein in disulfide-bonded form;<br><br>(b) contacting said sample with a homocysteinase that is substantially non-reactive to cysteine compared to homocysteine, such that at least about 90% of the hydrogen sulfide produced by said contacting is produced from homocysteine, under conditions where said hydrogen sulfide does not escape;<br><br>(c) adding ferric iron and an N,N-dialkyl-phenylene diamine to said hydrogen sulfide-containing sample in order to produce, in situ, a methylene blue-type chromophore;<br><br>(d) determining by fluorescence the concentration of homocysteine that was present in said sample based on the concentration of chromophore produced; and<br><br>(e) comparing said result to levels of homocysteine in biological fluids of subjects that are known to correlate with increased risk for cardiovascular disease. | |
| 11. The method of claim 10 wherein said homocysteinase is SEQ ID NO: 10, or residues Met[1] through Leu[396] thereof. | See above |
| 12. The method of claim 10 wherein said biological fluid sample is selected from the group consisting of tissue fluid, urine, blood, blood serum, and blood plasma. | See above |

| | |
|---|---|
| 13. The diagnostic kit of claim 1 comprising:<br><br>(a) a homocysteinase that is substantially non-reactive to cysteine compared to homocysteine;<br><br>(b) a buffer, a reducing agent, an agent useful to detect hydrogen sulfide by fluorescence; and optionally,<br><br>(c) homocysteine and/or homocystine as a calibration standard. | See above |
| 14. The diagnostic kit defined in claim 7 wherein the buffer is sodium phosphate having a pH of about 8.3, the reducing agent is DL-dithiothreitol, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine. | See above |
| 15. In a method for determining the amount of homocysteine present in a sample of biological fluid of a subject containing 1-1000 μM homocysteine using the diagnostic kit of claim 7,<br><br>wherein said method comprises the step of contacting said sample with an enzyme capable of catalyzing production from homocysteine of a detectable quantity of hydrogen sulfide, and wherein said sample further comprises an amount of cysteine from which a detectable quantity of hydrogen sulfide can be produced that interferes with said determination, the improvement comprising<br><br>selecting, for use therein, a homocysteinase having the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid therewith, in an assay for homocysteine, is contributed by said homocysteine, when the concentrations of | See above |

| | |
|---|---|
| homocysteine and cysteine in said fluid are, respectively, about 1 to about 500 μmolar and about 10 to about 1000 μmolar respectively, and<br><br>measuring by fluorescence the amount of product hydrogen sulfide formed;<br><br>wherein homocysteinase is added to said sample in an amount needed to achieve a final concentration of 0.01-1000 μg/ml; and<br><br>wherein reagents are added in amounts needed to achieve final concentrations of 1-100 mM of buffer; 0.01-100 mM reducing agent; 0.01-10 mM potassium ferricyanate, 0.01-1.0% w/v surfactant; and about 0.01-10 mM solution of N,N-dialkyl-phenylene diamine. | |
| 16. The method defined in claim 15<br><br>wherein homocysteinase is added in an amount needed to achieve a final concentration of about 1 μg/ml; and<br><br>wherein the buffer is sodium phosphate added in an amount needed to achieve a final concentration of about 10 mM, the reducing agent is DL-dithiothreitol added in an amount needed to achieve a final concentration of about 0.5 mM, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine added in an amount needed to achieve a final concentration of about 0.5 mM, and<br><br>wherein potassium ferricyanate and the surfactant are added in amounts needed to achieve final concentrations of about 0.25 mM and 0.1% w/v, respectively. | See above |
| 17. A method of using the diagnostic kit defined in claim 7 to assess risk for cardiovascular disease in a subject, wherein | See above |

a concentration of a subject's biological fluid sample containing 1-1000 μM homocysteine is determined, absent interference from concentrations of cysteine and methionine in said fluid, said method comprising the steps of:

(a) adding to said sample said buffer in an amount needed to achieve a final concentration of 1-100 mM;

(b) contacting the buffered sample with reducing agent in an amount needed to achieve a final concentration of 0.01-100 mM reducing agent, wherein said reducing agent is capable of reducing disulfide bonds in order to liberate as free homocysteine that fraction of total homocysteine present therein in disulfide-bonded form;

(c) contacting said sample containing the reducing agent with homocysteinase, in an amount needed to achieve a final concentration of 0.01-1000 μg/ml homocysteinase, wherein said homocysteinase is substantially non-reactive to cysteine compared to homocysteine, such that at least about 90% of the hydrogen sulfide produced by said contacting is produced from homocysteine, under conditions where said hydrogen sulfide does not escape;

(d) adding potassium ferricyanate and surfactant, in an amount needed to achieve a final concentration of 0.01-10 mM of potassium ferricyanate, 0.01-1% (w/v) of surfactant, and N,N-dialkyl-phenylene diamine in an amount needed to achieve a final concentration of 0.01-10 mM, to said hydrogen sulfide-containing sample in order to produce, in situ, a methylene blue-type chromophore;

(e) determining by fluorescence the

| | |
|---|---|
| concentration of homocysteine that was present in said sample based on the concentration of chromophore produced; and<br><br>(f) comparing said result to levels of homocysteine in biological fluids of subjects that are known to correlate with increased risk for cardiovascular disease. | |
| 18. The method defined in claim 17<br><br>wherein homocysteinase is added in an amount needed to achieve a final concentration of about 1 μg/ml; and<br><br>wherein the buffer is sodium phosphate added in an amount needed to achieve a final concentration of about 10 mM, the reducing agent is DL-dithiothreitol added in an amount needed to achieve a final concentration of about 0.5 mM, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine added in an amount needed to achieve a final concentration of about 0.5 mM, and<br><br>wherein reagents are added in amounts needed to achieve final concentrations of about 0.25 mM potassium ferricyanate and about 0.1% (w/v) surfactant. | See above |
| 19. A single enzyme method for determining the concentration of homocysteine in a biological fluid of a subject that comprises use of a diagnostic kit according to claim 7. | See above |

| CLAIM LANGUAGE U.S. Patent No. 6,140,102 | WHERE EACH ELEMENTS OF CLAIMS IS FOUND EACH ACCUSED INSTRUMENTALITY |
|---|---|
| 1. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate in preference to cysteine as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample,<br><br>wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase:<br><br>(a) the amino acid corresponding to Phe$^{47}$ of mgl-1 (SEQ ID NO:12) is replaced by Leu, Ile, Val, Ala, Gly, Met or Trp;<br><br>(b) the amino acid corresponding to Asp$^{172}$ of mgl-1 (SEQ ID NO:12) is replaced by Glu, Gln or Asn;<br><br>(c) the amino acid corresponding to Ser$^{308}$ of mgl-1 (SEQ ID NO:12) is replaced by Tyr, Phe, Met, Trp, Gln, Thr or Asn. | Teco's marketing material for its homocysteine assay and kits includes a two sided picture showing on one side a kit with 11 bottles and a diagnostic reader for the assay, and on the other side outlining the steps of the procedure for using the kit in connection with the reader, the specification related thereto, and pictures of the reagents of the kit and the reader being used.<br><br>All of the bottles shown in Teco's marketing material still have the inscription "A/C Enzymatic HCY Assay" which are the very same A/C Diagnostics bottles provided by AntiCancder to Teco.<br><br>The procedure instructions and specifications together with the bottles shown in Teco's marketing material include all of the reagents, enzymes, buffers, controls, and calibrators in order to carry out Claims 1-22 of the '102 patent. |
| 2. The enzyme of claim 1 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 3. The enzyme of claim 1 which further comprises at least one histidine residue at the N-terminus. | See above |
| 4. A purified and isolated enzyme having desulfurase activity with respect to | See above |

| | |
|---|---|
| homocysteine as a substrate in preference to cysteine as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample,<br><br>wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase:<br><br>(a) a Leu-containing fragment of Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or<br><br>(b) a Glu-containing fragment of Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or<br><br>(c) a Tyr-containing fragment of Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312)<br><br>replaces the corresponding sequence in said derived desulfurase. | |
| 5. The enzyme of claim 4 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 6. The enzyme of claim 4 which further comprises at least one histidine residue at the N-terminus. | See above |
| 7. The desulfurase enzyme of claim 2 wherein any of the sequences<br><br>(a) Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or | See above |

| | |
|---|---|
| (b) Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or<br><br>(c) Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312);<br><br>replaces the corresponding sequence in said derived desulfurase. | |
| 8. The enzyme of claim 7 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 9. The enzyme of claim 7 which further comprises at least one histidine residue at the N-terminus. | See above |
| 10. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate at least 100 times greater than that with respect to cysteine as a substrate when said substrates are present in a physiological fluid,<br><br>wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase:<br><br>(a) the amino acid corresponding to Phe$^{47}$ of mgl-1 (SEQ ID NO:12) is<br><br>replaced by Leu, Ile, Val, Ala, Gly, Met or Trp;<br><br>(b) the amino acid corresponding to Asp$^{172}$ of mgl-1 (SEQ ID NO:12) is replaced by Glu, Gln or Asn;<br><br>(c) the amino acid corresponding to Ser$^{308}$ of mgl-1 (SEQ ID NO:12) is replaced by Tyr, Phe, Met, Trp, Gln, Thr or Asn. | See above |

| | |
|---|---|
| 11. The enzyme of claim 10 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 12. The enzyme of claim 10 which further comprises at least one histidine residue at the N-terminus. | See above |
| 13. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate at least 100 times greater than that with respect to cysteine as a substrate when said substrates are present in a physiological fluid, wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase sequences (a) a Leu-containing fragment of Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or (b) a Glu-containing fragment of Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or (c) a Tyr-containing fragment of Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312) replaces the corresponding sequence in said derived desulfurase. | See above |
| 14. The enzyme of claim 13 wherein said desufurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 15. The enzyme of claim 13 which further comprises at least one histidine residue at the N-terminus. | See above |

| | |
|---|---|
| 16. The desulfurase enzyme of claim 13 wherein any of the sequences<br><br>(a) Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51);<br><br>(b) Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); and<br><br>(c) Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312);<br><br>replaces the corresponding sequence in said derived desulfurase. | See above |
| 17. The enzyme of claim 16 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above |
| 18. The enzyme of claim 16 which further comprises at least one histidine residue at the N-terminus. | See above |
| 19. A purified and isolated desulfurase enzyme which comprises the amino acid sequence set forth as positions 1-396 in SEQ ID NO:10 or a fragment thereof that retains the activity and specificity of said amino acid sequence. | See above |
| 20. The enzyme of claim 19 which further comprises at least one histidine residue at the N-terminus. | See above |
| 21. The enzyme of claim 19 which comprises the amino acid sequence set forth as positions 1-396 in SEQ ID NO:10. | See above |
| 22. The enzyme of claim 21 which further comprises at least one histidine residue at the N-terminus. | See above |

| CLAIM LANGUAGE<br>U.S. Patent No. 6,468,762 | WHERE EACH ELEMENTS OF CLAIMS IS FOUND EACH ACCUSED INSTRUMENTALITY |
|---|---|
| 1. A purified and isolated homocycsteinase which has the amino acid sequence of SEQ. ID No. 10 or variant thereof wherein said homocysteinase has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 5-15μ molar and about 100-300μ molar respectively. | Teco's marketing material for its homocysteine assay and kits includes a two sided picture showing on one side a kit with 11 bottles and a diagnostic reader for the assay, and on the other side outlining the steps of the procedure for using the kit in connection with the reader, the specification related thereto, and pictures of the reagents of the kit and the reader being used.<br><br>All of the bottles shown in Teco's marketing material still have the inscription "A/C Enzymatic HCY Assay" which are the very same A/C Diagnostics bottles provided by AntiCancder to Teco.<br><br>The procedure instructions and specifications together with the bottles shown in Teco's marketing material include all of the reagents, enzymes, buffers, controls, and calibrators in order to carry out Claims 1-14 of the '762 patent. |
| 2. The homocysteinase of claim 1 wherein at least about 99% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by homocysteine when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 5-15μ molar and about 100-300μ molar. | See above |
| 3. The homocysteinase of claim 1 wherein at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by homocysteine when the fluid contains 5μ molar homocysteine 1000μ molar cysteine. | See above |

| | |
|---|---|
| 4. The homocysteinase of claim 1 which has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas or a mutated form thereof. | See above |
| 5. The homocysteinase of claim 1 which further comprises at least one histidine residue at the N-terminus. | See above |
| 6. A purified and isolated homocysteinase which has the amino acid sequence of SEQ. ID No. 10 or variant thereof having desulfurase activity to homocysteine as a substrate compared to cysteine as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample, when the concentration of homocysteine is ten fold less than the concentration of cysteine in said sample. | See above |
| 7. The homocysteinase of claim 6 which has the amino acid sequence of a desulfurase derived from Pseudomonas Clostridium, Aeromonas or Trichomonas or a mutated form thereof. | See above |
| 8. The homocysteinase of claim 6 which further comprises at least one histidine residue at the N-terminus. | See above |
| 9. A purified and isolated homocysteinase which has the amino acid sequence of SEQ. ID No. 10 or variant thereof having desulfurase activity to homocysteine as a substrate at least 100 times greater than that to cysteine as a substrate when said substrates are present in a physiological fluid. | See above |

17

| | |
|---|---|
| 10. The homocysteinase of claim 9 which has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas, or a mutated form thereof. | See above |
| 11. The homocysteinase of claim 9 which further comprises at least one histidine residue at the N-terminus. | See above |
| 12. A purified and isolated homocysteinase which has at least about 110% of the activity of the homocysteinase of SEQ ID No. 10 toward homocysteine and no more than about 90% of the activity of the homocysteinase of SEQ ID No. 10 toward cysteine or methionine in a suitable assay. | See above |
| 13. The homocysteinase of claim 12 which has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas, or a mutated form thereof. | See above |
| 14. The homocysteinase of claim 12 which further comprises at least one histidine residue at the N-terminus. | See above |
| 15. A purified and isolated nucleotide sequence which encodes the homocysteinase of any of claims 1, 6, 9, or 12. | See above |
| | |