CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics*, Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 9th day of May, 2008, with a copy of these documents:

1. PLAINTIFF ANTICANCER, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT AGAINST DEFENDANT TECO DIAGNOSTICS;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF ANTICANCER, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT BY DEFENDANT TECO DIAGNOSTICS;

3. DECLARATION OF ROBERT M. HOFFMAN IN SUPPORT OF MOTION OF PLAINTIFF ANTICANCER, INC. FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT BY DEFENDANT TECO DIAGNOSTICS; and

4. DECLARATION OF DAN LAWTON IN SUPPORT OF MOTION OF PLAINTIFF ANTICANCER, INC. FOR PARTIAL SUMMARY JUDGMENT OF PATENT INFRINGEMENT BY DEFENDANT TECO DIAGNOSTICS AND EXHIBITS

via the Court's CM/ECF system.

I certify that all parties in these cases that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

By:   s/Dan Lawton