Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN, ,
a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES,
a natural person

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation<br><br>Plaintiff,<br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**DEFENDANTS' NOTICE OF (UNOPPOSED) COMBINED MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND TO AMEND ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Fed.R.Civ.P. Rule 16(b) and 15(a)<br>[CivLR 7.1.e.2.]<br><br>DATE:      June 23, 2008<br>TIME:      10:30 a.m.<br>COURTROOM: 14 |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on June 23, 2008, at 10:00 a.m., or as soon thereafter as this matter may be heard by and before Judge M. James Lorenz, in Courtroom 14 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California, Defendants Teco Diagnostics, KC Chen, Tong Chiah, and Jian Yang Vaeches ("Defendants") shall move this Court for an order to modify the scheduling order deadlines and to amend answer to second amended complaint.

1

This Motion is made pursuant to Fed.R.Civ.P. 16 (b), and 15 (a) [CivLR 7.1e2]. The Motion is made on the following grounds: The relief requested by Defendants herein involves a two-step process: First, Defendants request that the Court modify the current Scheduling Order to allow amended pleadings to be filed up through and including June 30, 2008. As set forth in the accompanying memorandum of points and authorities, good cause exists to modify the current Scheduling Order and Defendants have been diligent in seeking the requested relief. Second, if the Court modifies the current Scheduling Order, as requested, then Defendants further request that they be granted leave to amend their Answer (the "Answer") to the Second Amended Complaint (the "SAC").

Therefore, Defendants respectfully request that the Court (1) modify the current Scheduling Order Deadlines to permit amended pleadings to be filed up through and including June 30, 2008 and (2) grant Defendants leave to amend their Answer to their SAC. Good cause exists to modify the Scheduling Order deadlines in that Defendants have been diligent in reviewing Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, evaluating the availability of additional affirmative defenses, preparing a Proposed Amended Answer and Motion for Leave to Amend, meeting and conferring with opposing counsel, and filing the current combined motion. In that the parties are only in the early stages of discovery, there will be no prejudice to Plaintiff if the Court modifies the Scheduling Order and grants Defendants leave to amend their Answer. As noted, Plaintiff does not oppose the current motion.

Dated: May 21, 2008                    FOLEY BEZEK BEHLE & CURTIS, LLP


                                       *s/Roger N. Behle, Jr.*
                                       Roger N. Behle, Jr.
                                       Attorneys for Defendants.

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 22nd day of May, 2008, with a copy of this document: **NOTICE OF DEFENDANTS' (UNOPPOSED) COMBINED MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND TO AMEND ANSWER TO SECOND AMENDED COMPLAINT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

■ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

■ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The

above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: May 22, 2008              FOLEY BEZEK BEHLE & CURTIS, LLP

                                 *s/Roger N. Behle, Jr.*
                                 Roger N. Behle, Jr.
                                 Attorneys for Defendants.