Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants
TECO DIAGNOSTICS, a California Corporation; KC CHEN,
a natural person; TONG CHIAH, a natural person and JIAN YANG VAECHES,
a natural person

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>Plaintiff,<br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**DECLARATION OF ROGER N. BEHLE, JR. IN SUPPORT OF DEFENDANTS' (UNOPPOSED) COMBINED MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND TO AMEND ANSWER TO SECOND AMENDED COMPLAINT**<br><br>Date:        June 23, 2008<br>Time:       10:30 a.m.<br>Courtroom: 14 |

1.      I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify truthfully and competently thereto under oath.

2.      I am admitted and licensed to practice before all of the courts of the State of California, and I am admitted to practice before the United States District Court for the Southern District of California.

3.      I am a partner in the law firm of Foley Bezek Behle & Curtis, LLP, attorneys of record for Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES.

4.  I submit this declaration in support of Defendants' Notice of Motion and Unopposed Motion to Modify Scheduling Order and Motion to Amend answer to second amended complaint.

5.  On March 27, 2008, my firm, Foley Bezek Behle & Curtis, LLP substituted into this litigation as counsel of record for Defendants.

6.  On March 31, 2008, Defendants were served with four (4) sets of Disclosures of Asserted Claims and Preliminary Infringement Contentions by Plaintiff. Combined, these documents totaled more than eighty (80) pages and were comprised of detailed factual and legal contentions.

7.  After reviewing Plaintiff's Asserted Claims and Preliminary Infringement Contentions, I began analyzing each document and determined that it might be necessary for Defendants to allege additional affirmative defenses to Plaintiff's SAC, beyond those contained in the current Answer to the SAC.

8.  After I reviewed Plaintiff's Asserted Claims and Preliminary Infringement Contentions and analyzed newly discovered evidence that Defendants had provided to me, I discussed with Defendants the grounds for these new defenses.

9.  I caused Defendants' motion to amend the Answer to be filed on April 18, 2008, through the Court's CM/ECF system. On April 21, 2008, I received notification from the Court that a Discrepancy Order had been issued by the Court rejecting the documents.

10.  Once it was determined that Defendants would be unable to meet the Scheduling Order deadline, I immediately met and conferred with Plaintiff's counsel, Dan Lawton, regarding the proposed amended Answer and extension of the Scheduling Order deadline to amend pleadings, to determine whether Plaintiff would oppose Defendants' request.

11.  After I received the letter from Mr. Lawton regarding Plaintiff's non-opposition, I had further discussions to clarify the scope of the parties' agreement. The result of these discussions was that Plaintiff would agree not to oppose Defendants' combined motion, but would not stipulate to the same.

12. During this time, I caused to be filed Defendants' Motion to Dismiss, or in the Alternative, to Transfer for Improper Venue and reserved June 23, 2008 with the Court clerk for the hearing of that motion. I also reserved June 23, 2008 with the Court clerk for the hearing of the present motion (even before they had completed their meet and confer efforts with Plaintiff).

13. The parties are only in the early stages of discovery. No written discovery has been exchanged, nor have depositions been taken.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of May, 2008 at Costa Mesa, California.

s/Roger N. Behle, Jr.
Roger N. Behle, Jr.

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE:

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics*, Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 22nd day of May, 2008, with a copy of this document: **DECLARATION OF ROGER N. BEHLE, JR. IN SUPPORT OF DEFENDANTS' (UNOPPOSED) COMBINED MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND MOTION TO AMEND ANSWER TO SECOND AMENDED COMPLAINT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

■ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

■ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: May 22, 2008          FOLEY BEZEK BEHLE & CURTIS, LLP

                             *s/Roger N. Behle, Jr.*
                             Roger N. Behle, Jr.
                             Attorneys for Defendants.