UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC.,<br><br>        Plaintiff,<br>v.<br><br>TECO DIAGNOSTICS, et al.,<br><br>        Defendants. | Case No. 07cv2294-L (BLM)<br><br>**ORDER TAKING MOTION UNDER SUBMISSION**<br><br>[Doc. No. 28] |

On May 21, 2008, Defendants filed a Combined Motion to Modify Scheduling Order Deadlines and to Amend Answer to Second Amended Complaint. Doc. No. 28. A hearing date of June 23, 2008 at 10:30 a.m. was assigned. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this motion appropriate for decision on the papers without oral argument. Accordingly, the matters will be under submission upon completion of the briefing, and **no appearances are required on June 23, 2008.**

**IT IS SO ORDERED.**

DATED: May 22, 2008

BARBARA L. MAJOR
United States Magistrate Judge

07cv2294-L (BLM)

1  COPY TO:

2  HONORABLE M. JAMES LORENZ
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL