1 | Dan Lawton (State Bar No. 127342)
  | Joseph C. Kracht (State Bar No. 228507)
2 | Matt Valenti (State Bar No. 253978)
  | LAWTON LAW FIRM
3 | 550 West C Street, Suite 1400
  | San Diego, CA  92101
4 | (619) 595-1370
  | (619) 595-1520 (Telefacsimile Number)
5 | dlawton@lawtonlaw.com (electronic mail)

6 | Attorneys for Plaintiff AntiCancer, Inc.

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | ANTICANCER, INC., a California corporation,       )  Case No. 07-CV-2294-L (BLM)
12 |                                                  )  STATEMENT OF PLAINTIFF
   |        Plaintiff,                                )  ANTICANCER, INC., OF NON-
13 |                                                  )  OPPOSITION TO MOTION OF
   | v.                                               )  DEFENDANTS TO AMEND ANSWER
14 |                                                  )
   | TECO DIAGNOSTICS, a California                   )  Date:       June 23, 2008
15 | corporation; KC CHEN, a natural person;           )  Time:       10:30 a.m.
   | TONG CHIAH, a natural person; JIAN               )  Courtroom:  14
16 | YANG VAECHES, a natural person; and               )
   | DOES 1-30,                                       )
17 |                                                  )
   |        Defendants.                               )
18 |                                                  )
   |                                                  )
19 | _____ )

20

...

28

Case No. 07CV2294L(BLM)

Pursuant to Civil Local Rule 7.1, plaintiff AntiCancer, Inc., hereby states it does not oppose the motion of defendants to amend their answer in the form accompanying their motion.

Dated: June 9, 2008						LAWTON LAW FIRM


						By:	s/Dan Lawton
							Dan Lawton
							Attorneys for Plaintiff AntiCancer, Inc.