CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics*, Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 9th day of June, 2008, with a copy of this document STATEMENT OF PLAINTIFF ANTICANCER, INC., OF NON-OPPOSITION TO MOTION OF DEFENDANTS TO AMEND ANSWER via the Court's CM/ECF system.

I certify that all parties in these cases that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

By:  s/Dan Lawton