Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
Matt Valenti (State Bar No. 253978)
LAWTON LAW FIRM
Emerald Plaza
402 West Broadway, Suite 1860
San Diego, CA 92101
(619) 595-1370
(619) 595-1520 (Telefacsimile Number)
dlawton@lawtonlaw.com (electronic mail)

Attorneys for Plaintiff AntiCancer, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>    Defendants. | Case No. 07-CV-2294-L (BLM)<br><br>NOTICE OF CHANGE OF ADDRESS OF COUNSEL |

TO THE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 23, 2008, the new address for counsel of record for AntiCancer, Inc., will be as follows:

    LAWTON LAW FIRM
    Emerald Plaza
    402 West Broadway
    Suite 1860
    San Diego, CA 92101

Case No. 07CV2294L(BLM)

1 | Telephone and facsimile numbers, and e-mail address will remain the same.

3 | LAWTON LAW FIRM

5 | Dated: June 18, 2008       By: _____
   |                               Dan Lawton
6 |                               Attorneys for Plaintiff AntiCancer, Inc.