```
1   Dan Lawton (State Bar No. 127342)
    Joseph C. Kracht (State Bar No. 228507)
2   Matt Valenti (State Bar No. 253978)
    LAWTON LAW FIRM
3   550 West C Street, Suite 1400
    San Diego, CA  92101
4   (619) 595-1370
    (619) 595-1520 (Telefacsimile Number)
5   dlawton@lawtonlaw.com (electronic mail)

6   Attorneys for Plaintiff AntiCancer, Inc.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation, | Case No. 07-CV-2294-L (BLM) |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30, | |
| Defendants. | |

I, Emi Kotani, declare that:

I am over the age of eighteen years and not a party to this action; and I am employed at Lawton Law Firm, whose business address is 550 West C Street, Suite 1400, San Diego, California, 92101.

On June 18, 2008, I served the foregoing document(s) described as:

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

on all interested parties in this action by placing [X] a true copy [ ] original thereof enclosed in sealed envelopes addressed as follows:

Roger N. Behle, Jur., Esq.
FOLEY BEHLE & CURTIS, LLP
575 Anton Boulevard, Suite 710
Costa Mesa, CA 92626
(714) 556-1700
(714) 546-5005 (Fax)

**Attorney for DEFENDANTS**

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, this document will be deposited with the United States Postal Service on this date with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2008 at San Diego, California.

_____
EMI KOTANI