

Anticancer Inc.                                      07cv2294-L (BLM)

-v-

Teco, Inc., et al.

# STRICKEN DOCUMENT

**35-Defendants' Request for Relief and Reply**

**35**