IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTICANCER, INC., a California corporation, | ) ) ) | Case No. 07CV2294 L (BLM) |
| Plaintiff, | ) ) | **ORDER re: ORAL ARGUMENT** |
| v. | ) ) ) | |
| TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Defendants' motion to dismiss, or in the alternative, to transfer for improper venue [doc. #25] is set for hearing on June 23, 2008.   The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: June 18, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

07CV2294