

Anticancer Inc.　　　　　　　　　　　　　　　　　07cv2294-L (BLM)

-v-

Teco, Inc., et al.

# STRICKEN DOCUMENT

40-Response in Opposition to Motion for Summary Judgment

**40**