Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
Marisa D. Poulos, Esq. (SBN 197904)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC. C., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**JOINT MOTION FOR AN ORDER FROM THE COURT GRANTING DEFENDANT TECO DIAGNOSTICS INC.'S REQUEST TO REFILE ITS OPPOSITION AND SUPPORTING DOCUMENTS IN OPPOSITION TO ANTICANCER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[Local Rule 7.2] |

The parties hereby move jointly for an order from the Court granting Defendant Teco Diagnostics, Inc. ("Teco"), leave to re-file its opposition and supporting documents in opposition to Plaintiff, AntiCancer's Motion for Partial Summary Judgment.

As the Court is aware, on July 8, 2008 the Court issued a Notice of Document Discrepancy, Document Number 41, regarding Defendant, Teco's Opposition to Plaintiff's Motion for Partial Summary Judgment and supporting papers. Defendant, Teco had filed its opposition and supporting papers on July 3, 2008, four (4) days in advance of the statutory filing

1

Case No. 07 CV2294-L (BLM)
JOINT MOTION FOR AN ORDER FROM THE COURT GRANTING DEFENDANT TECO
DIAGNOSTICS INC. REQUEST TO REFILE ITS OPPOSITION AND SUPPORTING DOCUMENTS IN
OPPOSITION TO ANTICANCER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

deadline in an effort to allow extra time for the Court to review the electronic submission before the actual deadline.

    Through this Joint Motion, the parties seek to obtain an order permitting Defendant, Teco to re-file its opposition and supporting documents so that the motion may be determined on its merits. Therefore, if the Court approves this joint motion, Defendant, Teco intends to address the items referenced in the Notice of Document Discrepancies only and will not make any substantive changes to the contents of its papers. As a result, Plaintiff will not be prejudiced by the late filed opposition, since it was previously served with the same. To that end, based on the above representations, counsel for Plaintiff, Dan Lawton, stated that he would agree to the instant Joint Motion.[1]

                              Respectfully Submitted,

Dated: July 10, 2008        FOLEY BEZEK BEHLE & CURTIS, LLP

                              By:    *s/Marisa D. Poulos*
                                       Marisa D. Poulos
                                       Attorneys for Defendants.

Dated: July 10, 2008        LAWTON LAW FIRM

                              By:    *s/Dan Lawton*
                                       Dan Lawton
                                       Attorney for Plaintiff AntiCancer, Inc.

---

[1] Declaration of Marisa D. Poulos ¶ 5.

2

Case No. 07 CV2294-L (BLM)
JOINT MOTION FOR AN ORDER FROM THE COURT GRANTING DEFENDANT TECO DIAGNOSTICS INC. REQUEST TO REFILE ITS OPPOSITION AND SUPPORTING DOCUMENTS IN OPPOSITION TO ANTICANCER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

*The undersigned hereby certifies that all counsel of record in the AntiCancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 10th day of July, 2008, with a copy of this document: Joint Motion For An Order From The Court Granting Defendant Teco Diagnostics Inc.'s Request To Refile Its Opposition And Supporting Documents In Opposition To Anticancer's Motion For Partial Summary Judgment

via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☐ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The

1  above-referenced document(s) will placed in an envelope, addressed to the person(s) listed
2  above, sealed, and deposited with the United States Postal Service with postage fully prepaid in
3  accordance with the ordinary course of business.
4  ☐   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar
5  of this Court at whose direction the service was made.
6  ☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of
7  this Court at whose direction the service was made.
8  I certify that all parties in this case that have made an appearance are represented by
9  counsel who are CM/ECF participants who have consented to electronic service.
10  I declare under penalty of perjury under the laws of the State of California and the
11  United States of America that the above is true and correct.

12  Dated:  July 10, 2008             FOLEY BEZEK BEHLE & CURTIS, LLP

                                      *s/Marisa D. Poulos*
                                      Marisa D. Poulos
                                      Attorneys for Defendants.

**PROOF OF SERVICE**