Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., (SBN 174755)
Marisa D. Poulos, (SBN 197904)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>    Plaintiff,<br><br>  vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>    Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>DECLARATION OF MARISA D. POULOS IN SUPPORT OF JOINT MOTION FOR AN ORDER FROM THE COURT GRANTING DEFENDANT TECO DIAGNOSTICS INC.'S REQUEST TO REFILE ITS OPPOSITION AND SUPPORTING DOCUMENTS IN OPPOSITION TO PLAINTIFF ANTICANCER'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

1. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify truthfully and competently thereto under oath.

2. I am admitted and licensed to practice before all of the courts of the State of California, and I am admitted to practice before the United States District Court for the Southern District of California.

3. I am an associate in the law firm of Foley Bezek Behle & Curtis, LLP, attorneys of record for Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES.

4. I submit this declaration in support of the Joint Motion wherein the parties seek to obtain an order permitting Defendant, Teco to re-file its opposition and supporting documents in Opposition to Plaintiff's Motion for Partial Summary Judgment.

5. On July 10, 2008, I spoke with counsel for Plaintiff, Dan Lawton regarding the re-filing of Defendant, Teco Diagnostic's opposition to Plaintiff, AntiCancer's Motion for Partial Summary Adjudication. Mr. Lawton indicated that he would enter into Joint Motion with Defendant, Teco Diagnostic to obtain an order for Teco to re-file its opposition and supporting documents based on my representation that Defendant, Teco would not make any substantive changes, but only intended to address the items referenced in the Notice of Document Discrepancies.

6. I provided the Joint Motion and this declaration for Mr. Lawton's review before electronically filing the same to the Court.

Executed this 10rd day of July, 2008 at Costa Mesa, California.


*s/Marisa D. Poulos*
Marisa D. Poulos

# CERTIFICATE OF SERVICE

*The undersigned hereby certifies that all counsel of record in the AntiCancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 10th day of July, 2008, with a copy of this document: Declaration Of Marisa D. Poulos In Support Of Joint Motion For An Order From The Court Granting Defendant Teco Diagnostics Inc.'S Request To Refile Its Opposition And Supporting Documents In Opposition To Plaintiff Anticancer's Motion For Partial Summary Judgment

via the Court's CM/ECF as follows:

Dan Lawton, Esq.
Joseph C. Kracht, Esq.
Matt Valenti, Esq.
LAWTON LAW FIRM
550 West C Street, Suite 1400
San Diego, CA  92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☐ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The

1 | above-referenced document(s) will placed in an envelope, addressed to the person(s) listed
2 | above, sealed, and deposited with the United States Postal Service with postage fully prepaid in
3 | accordance with the ordinary course of business.

4 | ☐ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar
5 | of this Court at whose direction the service was made.

6 | ☐ **(STATE)** I declare that I am employed in the office of a member of the Bar of
7 | this Court at whose direction the service was made.

8 | I certify that all parties in this case that have made an appearance are represented by
9 | counsel who are CM/ECF participants who have consented to electronic service.

10 | I declare under penalty of perjury under the laws of the State of California and the
11 | United States of America that the above is true and correct.

12 | Dated: July 10, 2008          FOLEY BEZEK BEHLE & CURTIS, LLP

13
14 |                    *s/Marisa D. Poulos*
                       Marisa D. Poulos
15 |                    Attorneys for Defendants.