**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTICANCER, INC., a California Corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>            Defendants. | ) **CASE NO: 07CV2294-L(BLM)**<br>)<br>) **ORDER GRANTING JOINT MOTION TO**<br>) **ALLOW DEFENDANT TECO**<br>) **DIAGNOSTICS, INC.S TO REFILE ITS**<br>) **OPPOSITION AND SUPPORTING**<br>) **DOCUMENTS IN OPPOSITION TO**<br>) **PLAINTIFF ANTICANCER'S MOTION**<br>) **FOR PARTIAL SUMMARY JUDGMENT**<br>) [doc. #42]<br>)<br>)<br>)<br>) |

Good cause appearing, the parties' joint motion to allow defendant Teco Diagnostics Inc's opposition and supporting documents in opposition to Anticancer's motion for partial summary judgment is **GRANTED.**

Dated: July 10, 2008

*[signature]*
Judge M. James. Lorenz
United States District Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL