Dan Lawton (State Bar No. 127342)
Joseph C. Kracht (State Bar No. 228507)
Matt Valenti (State Bar No. 253978)
Lisa M. Pisano (State Bar No. 256882)
LAWTON LAW FIRM
Emerald Plaza
402 West Broadway, Suite 1860
San Diego, CA  92101
(619) 595-1370
(619) 595-1520 (Telefacsimile Number)
dlawton@lawtonlaw.com (electronic mail)

Attorneys for Plaintiff AntiCancer, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>　　　　Defendants. | Case No. 07-CV-2294-L (BLM)<br><br>JOINT HEARING STATEMENT, JOINT CLAIM CONSTRUCTION CHART, AND JOINT CLAIM CONSTRUCTION WORKSHEET<br><br>Judge:　　Hon. M. James Lorenz<br>Courtroom:　14 |

Pursuant to Local Rule 4.2 and the Court's Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings of March 18, 2008, AntiCancer, Inc. ("AntiCancer") on the one hand, and Teco Diagnostics, KC Chen, Tong Chiah, and Jian Yang Vaeches (collectively "Teco") on the other hand, hereby submit this Joint Hearing Statement and attached Joint Claim Construction Chart and Joint Claim Construction Worksheet.

The patents at issue in this litigation are: U.S. Patent Number 5,998,191 ("the '191 patent"); U.S. Patent Number 6,066,467 ("the '467 patent"); U.S. Patent Number 6,140,102 ("the '102 patent"); and U.S. Patent Number 6,468,762 ("the '762 patent").

1      In the accompanying Joint Claim Construction Chart and Joint Claim Construction
Worksheet (which Worksheet will be submitted separately on computer disk in WordPerfect
format), the parties have identified the claim terms which should be construed at the Claim
Construction Hearing, each party's respective construction of those terms, and references to
the intrinsic and extrinsic evidence supporting each construction.

       As indicated in the accompanying Joint Claim Construction Chart and Joint Claim
Construction Worksheet, the parties have conferred about the meaning of these terms and
have come to an agreement for each one.

       The parties have agreed that tutorials informing the Court about the science and
technology at issue are appropriate.

       The parties believe that the Claim Construction Hearing will require no more than one
day.

       The parties do not expect to present any live witnesses at the Claim Construction
Hearing, but may rely upon the presentation of an expert during their respective tutorials.

                                    Respectfully submitted,

Dated: July 11, 2008                LAWTON LAW FIRM


                            By:     s/Joseph C. Kracht
                                    Attorney for Plaintiff AntiCancer, Inc.


Dated: July 11, 2008                FOLEY BEZEK BEHLE & CURTIS, LLP



                            By:     s/Roger N. Behle, Jr.
                                    Attorney for Defendants Teco Diagnostics, KC
                                    Chen, Tong Chiah, and Jian Yang Vaeches

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing JOINT HEARING STATEMENT was this date served upon all counsel of record by transmission through the Case Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

Dated: July 11, 2008              By: s/Joseph C. Kracht
                                      Attorney for Plaintiff AntiCancer, Inc.