*AntiCancer, Inc. v. Teco Diagnostics et al.*
U.S. District Court Case No. 07-CV-2294-L (BLM)

July 11, 2008

Joint Claim Construction Chart

U.S. Patent No. 5,998,191

| Claim Language<br>'191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 1. A diagnostic kit for use in a single enzyme assay of the **homocysteine** concentration in a biological fluid of a subject, said kit comprising: | **Enzyme:** A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br>**Homocysteine:** A compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br>Support in Specification:<br>'191, Col. 1, 16-18 | **Enzyme:** A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br>**Homocysteine:** An compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br>Support in Specification:<br>'191, Col. 1, 16-18 |
| (a) a **homocysteinase enzyme**; and | **Homocysteinase enzyme:** Enzymes capable of catalyzing reactions whereby hydrogen sulfide is produced from homocysteine.<br><br>Support in Specification:<br>'191, Col. 8, 52-54 | **Homocysteinase enzyme:** Enzymes capable of catalyzing reactions whereby hydrogen sulfide is produced from homocysteine.<br><br>Support in Specification:<br>'191, Col. 8, 52-54 |

| Claim Language '191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) at least one **reagent** capable of being used to determine the amount of product hydrogen sulfide formed by reaction of homocysteinase on homocysteine; | **Reagent:** Any substance added to a solution of another substance to participate in a chemical reaction.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reagent". | **Reagent:** Any substance added to a solution of another substance to participate in a chemical reaction.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reagent". |
| wherein said homocysteinase has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid in an **assay** for homocysteine is contributed by said homocysteine, when the concentrations of homocysteine and **cysteine** in said fluid are, respectively, about 20 µmolar and about 300 µmolar respectively, and | **Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract<br><br>**Assay:**  1. The quantitative or qualitative evaluation of a substance for impurities, toxicity, etc; the results of such an evaluation; 2. To examine; to subject to analysis; 3. Test of purity; trial.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "assay". | **Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract<br><br>**Assay:**  1. The quantitative or qualitative evaluation of a substance for impurities, toxicity, etc; the results of such an evaluation; 2. To examine; to subject to analysis; 3. Test of purity; trial.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "assay". |

| Claim Language '191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| wherein said homocysteinase is that of **Pseudomonas, Clostridium, Aeromonas or Trichomonas** wherein one or more **peptide** sequences of such enzyme are correspondingly replaced by a sequence selected from the group consisting of **residues** 43-51, residues 168-176 and residues 304-312 of SEQ ID NO:10. | **Pseudomonas, Clostridium, Aeromonas or Trichomonas:**  Bacterial species.<br><br>**Peptide:** A compound of two or more amino acids.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "pepetide".<br><br>**Residues:** A building block of a larger chemical structure. In the case of peptides and proteins, residue refers to amino acids | **Pseudomonas, Clostridium, Aeromonas or Trichomonas:** Bacterial species.<br> **Peptide:** A compound of two or more amino acids.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "pepetide".<br><br>**Residues:** A building block of a larger chemical structure. In the case of peptides and proteins, residue refers to amino acids |
| 2. The diagnostic kit of claim 1 further comprising one or more reagents selected from the group consisting of: | See above | See above |
| (a) an agent capable of **reducing disulfide bonds**; | **Reducing:** In chemistry, a reaction involving a gain of one or more electrons by a substance, such as when iron passes from, or when hydrogen is added to the double bond of an organic compound.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reduction".<br><br>**Disulfide bonds:** Two sulfur atoms connected by a double bond. | **Reducing:** In chemistry, a reaction involving a gain of one or more electrons by a substance, such as when iron passes from, or when hydrogen is added to the double bond of an organic compound.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reduction".<br><br>**Disulfide bonds:** Two sulfur atoms connected by a double bond. |

| Claim Language<br>'191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) a source of **ferric** iron; | **Ferric:** Relating to iron, especially denoting a salt containing iron in its higher (triad) valence, $Fe^{3+}$.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "ferric". | **Ferric:** Relating to iron, especially denoting a salt containing iron in its higher (triad) valence, $Fe^{3+}$.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "ferric". |
| (c) an **N,N-dialkyl-p-phenylenediamine**; and | **N,N-dialkyl-p-phenylenediamine:** An organic compound that can be oxidized to form a colored dye.<br><br>Support in Specification:<br>'191, Col. 28, 35-44 | **N,N-dialkyl-p-phenylenediamine:** An organic compound that can be oxidized to form a colored dye.<br><br>Support in Specification:<br>'191, Col. 28, 35-44 |
| (d) homocysteine as a **calibration** standard. | **Calibration:** The act of standardizing or calibrating an instrument or laboratory procedure.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "calibration". | **Calibration:** The act of standardizing or calibrating an instrument or laboratory procedure.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "calibration". |
| 3. The diagnostic kit of claim 1 comprising: | See above | See above |
| (a) SEQ ID NO: 10, or residues $Met^1$ through $Leu^{396}$ thereof, as homocysteinase; | See above | See above |

| Claim Language<br>'191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) the reagents 50 mM borate buffer, pH 7.5; 100 mM DL-dithiothreitol; 10 mM potassium ferricyanate, 1% w/v Triton® X-100; a 100 mM solution of N,N-dialkyl-phenylene diamine selected from the group consisting of dimethyl, diethyl, dipropyl or dibutyl; and | See above | See above |
| (c) homocysteine or **homocystine** as a calibration standard. | **Homocystine:** The disulfide bonded dimer of homocysteine.<br><br>Support in Specification:<br>'191, Col. 32, 5-10 | **Homocystine:** The disulfide bonded dimer of homocysteine.<br><br>Support in Specification:<br>'191, Col. 32, 5-10 |
| 6. The diagnostic kit of claim 1 wherein said homocysteinase comprises the amino acid sequence set forth as positions 1-396 of SEQ ID NO:10. | See above | See above |
| 7. A diagnostic kit for use in a single enzyme assay of the homocysteine concentration in a biological fluid of a subject, said kit comprising: | See above | See above |
| (a) a homocysteinase enzyme having the amino acid sequence of positions 1-396 of SEQ ID NO:10; and | See above | See above |

| Claim Language '191 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) at least one reagent capable of being used to determine the amount of product hydrogen sulfide formed by reaction of said homocysteinase on homocysteine. | See above | See above |

U.S. Patent No. 6,066,467

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 1. A diagnostic kit for use in a single **enzyme** assay of the **homocysteine** concentration in a biological fluid of a subject, said kit comprising: | **Enzyme:** A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br>**Homocysteine:** A compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br>Support in Specification:<br>'467, Col. 1, 18-20 | **Enzyme:** A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br>**Homocysteine:** A compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br>Support in Specification:<br>'467, Col. 1, 18-20 |
| (a) a **homocysteinase enzyme**; and | **Homocysteinase enzyme:** Enzymes capable of catalyzing reactions whereby hydrogen sulfide is produced from homocysteine.<br><br>Support in Specification:<br>'467, Col. 9, 32-34 | **Homocysteinase enzyme:** Enzymes capable of catalyzing reactions whereby hydrogen sulfide is produced from homocysteine.<br><br>Support in Specification:<br>'467, Col. 9, 32-34 |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) at least one **reagent** capable of being used to determine by **fluorescence** the amount of product hydrogen sulfide formed by reaction of homocysteinase on homocysteine; said homocysteinase is sufficiently non-reactive toward **cysteine** that any hydrogen sulfide produced by reaction of said homocysteinase on cysteine does not substantially interfere with the use of said kit to assess risk for cardiovascular disease. | **Reagent:** Any substance added to a solution of another substance to participate in a chemical reaction.<br><br>Other Support:<br><br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reagent".<br><br>**Fluorescence:** Emission of a longer wavelength radiation by a substance as a consequence of absorption of energy from a shorter wavelength radiation, continuing only as long as the stimulus is present; distinguished from phosphorescence, which emission persists for a perceptible period of time after the stimulus has been removed.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "fluorescence". | **Reagent:** Any substance added to a solution of another substance to participate in a chemical reaction.<br><br>Other Support:<br><br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reagent".<br><br>**Fluorescence:** Emission of a longer wavelength radiation by a substance as a consequence of absorption of energy from a shorter wavelength radiation, continuing only as long as the stimulus is present; distinguished from phosphorescence, which emission persists for a perceptible period of time after the stimulus has been removed.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "fluorescence". |
|  | **Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract | **Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract |
| 2. The diagnostic kit of claim 1 wherein the homocysteinase included therein has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid in an **assay** for homocysteine is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said | **Assay:** 1. The quantitative or qualitative evaluation of a substance for impurities, toxicity, etc; the results of such an evaluation; 2. To examine; to subject to analysis; 3. Test of purity; trial.<br><br>Other Support: | **Assay:** 1. The quantitative or qualitative evaluation of a substance for impurities, toxicity, etc; the results of such an evaluation; 2. To examine; to subject to analysis; 3. Test of purity; trial.<br><br>Other Support: |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| fluid are, respectively, about 5-15 µmolar and about 100-300 µmolar respectively. | Steadman's Online Medical Dictionary, www.steadmans.com, definition for "assay". | Steadman's Online Medical Dictionary, www.steadmans.com, definition for "assay". |
| 3. The diagnostic kit of claim 1 wherein said homocysteinase included therein has the property that at least about 99% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid in an assay for homocysteine is contributed by said homocysteine. | See above | See above |
| 4. The diagnostic kit of claim 1 capable of being used to determine a homocysteine concentration in said biological fluid in the range of 1-500 µmolar, wherein said fluid also contains about 10 to about 1000 µmolar of cysteine. | See above | See above |
| 5. The diagnostic kit of claim 1 capable of being used to determine the homocysteine concentration in tissue fluid, blood, blood plasma, blood serum or urine. | See above | See above |
| 6. The diagnostic kit of claim 1 further comprising one or more reagents selected from the group consisting of: | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (a) an agent capable of **reducing disulfide bonds**; | **Reducing:** In chemistry, a reaction involving a gain of one or more electrons by a substance, such as when iron passes from, or when hydrogen is added to the double bond of an organic compound.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reduction".<br><br>**Disulfide bonds:** Two sulfur atoms connected by a double bond. | **Reducing:** In chemistry, a reaction involving a gain of one or more electrons by a substance, such as when iron passes from, or when hydrogen is added to the double bond of an organic compound.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "reduction".<br><br>**Disulfide bonds:** Two sulfur atoms connected by a double bond. |
| (b) a source of **ferric** iron; | **Ferric:** Relating to iron, especially denoting a salt containing iron in its higher (triad) valence, Fe3+.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "ferric". | **Ferric:** Relating to iron, especially denoting a salt containing iron in its higher (triad) valence, Fe3+.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "ferric". |
| (c) an **N,N-dialkyl-p-phenylene diamine**; and | **N,N-dialkyl-p-phenylenediamine:** An organic compound that can be oxidized to form a colored dye.<br><br>Support in Specification:<br>'467, Col. 29, 36-55 | **N,N-dialkyl-p-phenylenediamine:** An organic compound that can be oxidized to form a colored dye.<br><br>Support in Specification:'467, Col. 29, 36-55 |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (d) homocysteine as a **calibration** standard. | **Calibration:** The act of standardizing or calibrating an instrument or laboratory procedure.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "calibration". | **Calibration:** The act of standardizing or calibrating an instrument or laboratory procedure.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "calibration". |
| 7. The diagnostic kit of claim 1 comprising: | See above | See above |
| (a) SEQ ID NO: 10, or **residues** Met[1] through Leu[396] thereof, as homocysteinase in a concentration of 0.01-1000 μM/ml; | **Residues:** A building block of a larger chemical structure. In the case of peptides and proteins, residue refers to amino acids | **Residues:** A building block of a larger chemical structure. In the case of peptides and proteins, residue refers to amino acids |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (b) at least one **buffer** having a concentration of 10 mM-1 M and a pH of 7-9.5 selected from the group consisting of sodium phosphate buffer, tris buffer and borate buffer; and at least one reducing agent having a concentration of 0.1 mM-1 M selected from the group consisting of DL-dithiothreitol, TCEP, and β-mercaptoethanol; 0.01-100 mM potassium ferricyanate, 0.1-10% w/v surfactant (detergent); a 0.01-100 mM solution of N,N-dialkyl-phenylene diamine having a dialkyl group selected from the group consisting of dimethyl, diethyl, dipropyl and dibutyl; and | **Buffer:** A mixture of an acid and its conjugate base (salt) when present in a solution, reduces any changes in pH that would otherwise occur.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "buffer". | **Buffer:** A mixture of an acid and its conjugate base (salt) when present in a solution, reduces any changes in pH that would otherwise occur.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "buffer". |
| (c) homocysteine and/or **homocystine** as a calibration standard. | **Homocystine:** The disulfide bonded dimer of homocysteine.<br><br>Support in Specification:<br>'467, Col. 33, 29-33 | **Homocystine:** The disulfide bonded dimer of homocysteine.<br><br>Support in Specification:<br>'467, Col. 33, 29-33 |
| 8. In a method for determining the amount of homocysteine present in a biological fluid of a subject wherein said method comprises the step of contacting said sample with an enzyme capable of **catalyzing** production from homocysteine of a detectable quantity of hydrogen sulfide, and wherein said sample further comprises an amount of cysteine from which a detectable quantity of hydrogen sulfide can be produced that interferes with said determination, the improvement comprising | **Catalyzing:** A catalysts is a substance that accelerates a chemical reaction but is not consumed or changed permanently thereby.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "catalyst". | **Catalyzing:** A catalysts is a substance that accelerates a chemical reaction but is not consumed or changed permanently thereby.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "catalyst". |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| selecting, for use therein, a homocysteinase having the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid therewith, in an assay for homocysteine, is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 1-500 μmolar and about 10-1000 μmolar respectively, and | See above | See above |
| measuring by fluorescence the amount of product hydrogen sulfide formed. | See above | See above |
| 9. A single enzyme method for determining the concentration of homocysteine in a biological fluid of a subject that comprises use of a diagnostic kit according to claim 1. | See above | See above |
| 10. A diagnostic method to assess risk for cardiovascular disease in a subject, wherein the concentration of homocysteine in a biological fluid of said subject is determined, absent interference from concentrations of cysteine and **methionine** in said fluid, said method comprising the steps of: | **Methionine:** A compound found in biological fluids.<br><br>Support in Specification:<br>In the Abstract | **Methionine:** A compound found in biological fluids.<br><br>Support in Specification:<br>In the Abstract |
| (a) contacting the biological fluid sample with an agent capable of reducing disulfide bonds in order to liberate as free homocysteine that fraction of total homocysteine present therein in disulfide-bonded form; | See above | See above |
| (b) contacting said sample with a homocysteinase that is substantially non-reactive to cysteine compared to | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| homocysteine, such that at least about 90% of the hydrogen sulfide produced by said contacting is produced from homocysteine, under conditions where said hydrogen sulfide does not escape; | | |
| (c) adding ferric iron and an N,N-dialkyl-phenylene diamine to said hydrogen sulfide-containing sample in order to produce, in situ, a methylene blue-type **chromophore**; | **Chromophore:** A colored compound that can be detected by a Spectrophotometer.<br><br>Support in Specification: '467, Col. 33, 27-29 | **Chromophore:** A colored compound that can be detected by a Spectrophotometer.<br><br>Support in Specification: '467, Col. 33, 27-29 |
| (d) determining by fluorescence the concentration of homocysteine that was present in said sample based on the concentration of chromophore produced; and | See above | See above |
| (e) comparing said result to levels of homocysteine in biological fluids of subjects that are known to correlate with increased risk for cardiovascular disease. | See above | See above |
| 11. The method of claim 10 wherein said homocysteinase is SEQ ID NO: 10, or residues Met[1] through Leu[396] thereof. | See above | See above |
| 12. The method of claim 10 wherein said biological fluid sample is selected from the group consisting of tissue fluid, urine, blood, blood serum, and blood plasma. | See above | See above |
| 13. The diagnostic kit of claim 1 comprising: | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (a) a homocysteinase that is substantially non-reactive to cysteine compared to homocysteine; | See above | See above |
| (b) a buffer, a reducing agent, an agent useful to detect hydrogen sulfide by fluorescence; and optionally, | See above | See above |
| (c) homocysteine and/or homocystine as a calibration standard. | See above | See above |
| 14. The diagnostic kit defined in claim 7 wherein the buffer is sodium phosphate having a pH of about 8.3, the reducing agent is DL-dithiothreitol, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine. | See above | See above |
| 15. In a method for determining the amount of homocysteine present in a sample of biological fluid of a subject containing 1-1000 µM homocysteine using the diagnostic kit of claim 7, | See above | See above |
| wherein said method comprises the step of contacting said sample with an enzyme capable of catalyzing production from homocysteine of a detectable quantity of hydrogen sulfide, and wherein said sample further comprises an amount of cysteine from which a detectable quantity of hydrogen sulfide can be produced that interferes with said determination, the improvement comprising | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| selecting, for use therein, a homocysteinase having the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting said biological fluid therewith, in an assay for homocysteine, is contributed by said homocysteine, when the concentrations of homocysteine and cysteine in said fluid are, respectively, about 1 to about 500 μmolar and about 10 to about 1000 μmolar respectively, and | See above | See above |
| measuring by fluorescence the amount of product hydrogen sulfide formed; | See above | See above |
| wherein homocysteinase is added to said sample in an amount needed to achieve a final concentration of 0.01-1000 μg/ml; and | See above | See above |
| wherein reagents are added in amounts needed to achieve final concentrations of 1-100 mM of buffer; 0.01-100 mM reducing agent; 0.01-10 mM potassium ferricyanate, 0.01-1.0% w/v surfactant; and about 0.01-10 mM solution of N,N-dialkyl-phenylene diamine. | See above | See above |
| 16. The method defined in claim 15 wherein homocysteinase is added in an amount needed to achieve a final concentration of about 1 μg/ml; and | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| wherein the buffer is sodium phosphate added in an amount needed to achieve a final concentration of about 10 mM, the reducing agent is DL-dithiothreitol added in an amount needed to achieve a final concentration of about 0.5 mM, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine added in an amount needed to achieve a final concentration of about 0.5 mM, and | See above | See above |
| wherein potassium ferricyanate and the surfactant are added in amounts needed to achieve final concentrations of about 0.25 mM and 0.1% w/v, respectively. | See above | See above |
| 17. A method of using the diagnostic kit defined in claim 7 to assess risk for cardiovascular disease in a subject, wherein a concentration of a subject's biological fluid sample containing 1-1000 μM homocysteine is determined, absent interference from concentrations of cysteine and methionine in said fluid, said method comprising the steps of: | See above | See above |
| (a) adding to said sample said buffer in an amount needed to achieve a final concentration of 1-100 mM; | See above | See above |
| (b) contacting the buffered sample with reducing agent in an amount needed to achieve a final concentration of 0.01-100 mM reducing agent, wherein said reducing agent is capable of reducing disulfide bonds in order to liberate as free homocysteine that fraction of total homocysteine present therein in disulfide-bonded form; | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (c) contacting said sample containing the reducing agent with homocysteinase, in an amount needed to achieve a final concentration of 0.01-1000 μg/ml homocysteinase, wherein said homocysteinase is substantially non-reactive to cysteine compared to homocysteine, such that at least about 90% of the hydrogen sulfide produced by said contacting is produced from homocysteine, under conditions where said hydrogen sulfide does not escape; | See above | See above |
| (d) adding potassium ferricyanate and surfactant, in an amount needed to achieve a final concentration of 0.01-10 mM of potassium ferricyanate, 0.01-1% (w/v) of surfactant, and N,N-dialkyl-phenylene diamine in an amount needed to achieve a final concentration of 0.01-10 mM, to said hydrogen sulfide-containing sample in order to produce, in situ, a methylene blue-type chromophore; | See above | See above |
| (e) determining by fluorescence the concentration of homocysteine that was present in said sample based on the concentration of chromophore produced; and | See above | See above |
| (f) comparing said result to levels of homocysteine in biological fluids of subjects that are known to correlate with increased risk for cardiovascular disease. | See above | See above |

| Claim Language '467 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 18. The method defined in claim 17 wherein homocysteinase is added in an amount needed to achieve a final concentration of about 1 µg/ml; and | See above | See above |
| wherein the buffer is sodium phosphate added in an amount needed to achieve a final concentration of about 10 mM, the reducing agent is DL-dithiothreitol added in an amount needed to achieve a final concentration of about 0.5 mM, and the N,N-dialkyl-phenylene diamine is N,N-dibutyl-phenylene diamine added in an amount needed to achieve a final concentration of about 0.5 mM, and | See above | See above |
| wherein reagents are added in amounts needed to achieve final concentrations of about 0.25 mM potassium ferricyanate and about 0.1% (w/v) surfactant. | See above | See above |
| 19. A single enzyme method for determining the concentration of homocysteine in a biological fluid of a subject that comprises use of a diagnostic kit according to claim 7. | See above | See above |

U.S. Patent No. 6,140,102

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 1. A purified and isolated **enzyme** having **desulfurase** activity with respect to **homocysteine** as a **substrate** in preference to **cysteine** as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample, | <u>**Enzyme:**</u> A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br><u>Other Support:</u><br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br><u>**Desulfurase:**</u> An enzyme that catalyzes the removal of sulfur, usually as hydrogen sulfide, from organic compounds.<br><br><u>**Homocysteine:**</u> A compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br><u>Support in Specification</u>:<br>'102, Col. 1, 17-19<br><br>Substrate:<br><br><u>**Cysteine:**</u> An amino acid found in biological fluids.<br><br><u>Support in Specification</u>:<br>In the Abstract | <u>**Enzyme:**</u> A protein that acts as a catalyst to induce chemical changes in other substances, itself remaining apparently unchanged by the process.<br><br><u>Other Support:</u><br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "enzyme".<br><br><u>**Desulfurase:**</u> An enzyme that catalyzes the removal of sulfur, usually as hydrogen sulfide, from organic compounds.<br><br><u>**Homocysteine:**</u> A compound found in biological fluids such as urine, whole blood, and blood plasma.<br><br><u>Support in Specification</u>:<br>'102, Col. 1, 17-19<br><br>Substrate:<br><br><u>**Cysteine:**</u> An amino acid found in biological fluids.<br><br><u>Support in Specification</u>:<br>In the Abstract |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| wherein said desulfurase enzyme has the **amino acid** sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase: | **Amino Acid:** An organic acid in which one of the hydrogen atoms on a carbon atom has been replaced by $NH_2$. | **Amino Acid:** An organic acid in which one of the hydrogen atoms on a carbon atom has been replaced by $NH_2$. |
| (a) the amino acid corresponding to Phe$^{47}$ of mgl-1 (SEQ ID NO:12) is replaced by Leu, Ile, Val, Ala, Gly, Met or Trp; | See above | See above |
| (b) the amino acid corresponding to Asp$^{172}$ of mgl-1 (SEQ ID NO:12) is replaced by Glu, Gln or Asn; | See above | See above |
| (c) the amino acid corresponding to Ser$^{308}$ of mgl-1 (SEQ ID NO:12) is replaced by Tyr, Phe, Met, Trp, Gln, Thr or Asn. | See above | See above |
| 2. The enzyme of claim 1 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 3. The enzyme of claim 1 which further comprises at least one histidine residue at the **N-terminus**. | **N-terminus:** The $\alpha$-$NH_2$ group or the aminoacyl residue containing it at one end of a peptide or protein.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "amino-terminal". | **N-terminus:** The $\alpha$-$NH_2$ group or the aminoacyl residue containing it at one end of a peptide or protein.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "amino-terminal". |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 4. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate in preference to cysteine as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample, | See above | See above |
| wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase: | See above | See above |
| (a) a Leu-containing fragment of Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or | See above | See above |
| (b) a Glu-containing fragment of Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or | See above | See above |
| (c) a Tyr-containing fragment of Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312) | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| replaces the corresponding sequence in said derived desulfurase. | See above | See above |
| 5. The enzyme of claim 4 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 6. The enzyme of claim 4 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 7. The desulfurase enzyme of claim 2 wherein any of the sequences (a) Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or | See above | See above |
| (b) Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or | See above | See above |
| (c) Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312); | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| replaces the corresponding sequence in said derived desulfurase. | See above | See above |
| 8. The enzyme of claim 7 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 9. The enzyme of claim 7 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 10. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate at least 100 times greater than that with respect to cysteine as a substrate when said substrates are present in a physiological fluid, | See above | See above |
| wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase: | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (a) the amino acid corresponding to Phe[47] of mgl-1 (SEQ ID NO:12) is replaced by Leu, Ile, Val, Ala, Gly, Met or Trp; | See above | See above |
| (b) the amino acid corresponding to Asp[172] of mgl-1 (SEQ ID NO:12) is replaced by Glu, Gln or Asn; | See above | See above |
| (c) the amino acid corresponding to Ser[308] of mgl-1 (SEQ ID NO:12) is replaced by Tyr, Phe, Met, Trp, Gln, Thr or Asn. | See above | See above |
| 11. The enzyme of claim 10 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 12. The enzyme of claim 10 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 13. A purified and isolated enzyme having desulfurase activity with respect to homocysteine as a substrate at least 100 times greater than that with respect to cysteine as a substrate when said substrates are present in a physiological fluid, | See above | See above |
| wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas wherein any of the following amino acid replacements modify said desulfurase sequences | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| (a) a Leu-containing fragment of Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51); or | See above | See above |
| (b) a Glu-containing fragment of Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); or | See above | See above |
| (c) a Tyr-containing fragment of Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312) | See above | See above |
| replaces the corresponding sequence in said derived desulfurase. | See above | See above |
| 14. The enzyme of claim 13 wherein said desufurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 15. The enzyme of claim 13 which further comprises at least one histidine residue at the N-terminus. | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 16. The desulfurase enzyme of claim 13 wherein any of the sequences<br>(a) Gly-Gly-Asn-Arg-Leu-Ala-Gly-Gln-Glu (SEQ ID NO:10, residues 43-51);<br>(b) Arg-Val-Cys-Lys-Glu-Ala-His-Ser-Gln (SEQ ID NO:10, residues 168-176); and<br>(c) Gln-Met-Arg-Met-Tyr-Gly-Ser-Met-Ile (SEQ ID NO:10, residues 304-312);<br>replaces the corresponding sequence in said derived desulfurase. | See above | See above |
| 17. The enzyme of claim 16 wherein said desulfurase enzyme has the amino acid sequence of a desulfurase derived from Pseudomonas or Trichomonas. | See above | See above |
| 18. The enzyme of claim 16 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 19. A purified and isolated desulfurase enzyme which comprises the amino acid sequence set forth as positions 1-396 in SEQ ID NO:10 or a fragment thereof that retains the activity and specificity of said amino acid sequence. | See above | See above |
| 20. The enzyme of claim 19 which further comprises at least one histidine residue at the N-terminus. | See above | See above |

| Claim Language '102 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 21. The enzyme of claim 19 which comprises the amino acid sequence set forth as positions 1-396 in SEQ ID NO:10. | See above | See above |
| 22. The enzyme of claim 21 which further comprises at least one histidine residue at the N-terminus. | See above | See above |

U.S. Patent No. 6,468,762

| Claim Language '762 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 1. A purified and isolated **homocycsteinase** which has the **amino acid** sequence of SEQ. ID No. 10 or variant thereof wherein said homocysteinase has the property that at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by **homocysteine**, when the concentrations of homocysteine and **cysteine** in said fluid are, respectively, about 5-15μ molar and about 100-300μ molar respectively. | **Homocysteinase:** a desulfurase that decomposes homocysteine to yield hydrogen sulfide, ammonia, and alpha-ketobutyrate.<br><br>Support in Specification:<br>'762, Col. 1, 48-50<br><br>**Variant:** Variants include a homocysteinase that is a substitution variant, addition variant, deletion variant, or other derivatives.<br><br>Support in Specification:<br>'762, Col. 9, 1-4<br><br>**Homocysteine:** A compound found in biological fluids.<br><br>Support in Specification:<br>In the Abstract<br><br>**Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract | **Homocysteinase:** a desulfurase that decomposes homocysteine to yield hydrogen sulfide, ammonia, and alpha-ketobutyrate.<br><br>Support in Specification:<br>'762, Col. 1, 48-50<br><br>**Variant:** Variants include a homocysteinase that is a substitution variant, addition variant, deletion variant, or other derivatives.<br><br>Support in Specification:<br>'762, Col. 9, 1-4<br><br>**Homocysteine:** A compound found in biological fluids.<br><br>Support in Specification:<br>In the Abstract<br><br>**Cysteine:** An amino acid found in biological fluids.<br><br>Support in Specification:<br>In the Abstract |
| 2. The homocysteinase of claim 1 wherein at least about 99% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by homocysteine when the | See above | See above |

| Claim Language<br>'762 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| concentrations of homocysteine and cysteine in said fluid are, respectively, about 5-15µ molar and about 100-300µ molar. | | |
| 3. The homocysteinase of claim 1 wherein at least about 90% of the hydrogen sulfide produced by action of said homocysteinase upon contacting a biological fluid is contributed by homocysteine when the fluid contains 5µ molar homocysteine 1000µ molar cysteine. | See above | See above |
| 4. The homocysteinase of claim 1 which has the amino acid sequence of a **desulfurase** derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas or a mutated form thereof. | **Desulfurase:** An enzyme that catalyzes the removal of sulfur, usually as hydrogen sulfide, from organic compounds. | **Desulfurase:** An enzyme that catalyzes the removal of sulfur, usually as hydrogen sulfide, from organic compounds. |
| 5. The homocysteinase of claim 1 which further comprises at least one histidine residue at the **N-terminus**. | **N-terminus:** The $\alpha$-$NH_2$ group or the aminoacyl residue containing it at one end of a peptide or protein.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "amino-terminal". | **N-terminus:** The $\alpha$-$NH_2$ group or the aminoacyl residue containing it at one end of a peptide or protein.<br><br>Other Support:<br>Steadman's Online Medical Dictionary, www.steadmans.com, definition for "amino-terminal". |

| Claim Language '762 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| 6. A purified and isolated homocysteinase which has the amino acid sequence of SEQ. ID No. 10 or variant thereof having desulfurase activity to homocysteine as a substrate compared to cysteine as a substrate such that the amount of hydrogen sulfide liberated from treatment of a sample of blood, urine, tissue fluid, serum, or plasma of a subject with said enzyme is substantially generated from the homocysteine and not from the cysteine in said sample, when the concentration of homocysteine is ten fold less than the concentration of cysteine in said sample. | See above | See above |
| 7. The homocysteinase of claim 6 which has the amino acid sequence of a desulfurase derived from Pseudomonas Clostridium, Aeromonas or Trichomonas or a mutated form thereof. | See above | See above |
| 8. The homocysteinase of claim 6 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 9. A purified and isolated homocysteinase which has the amino acid sequence of SEQ. ID No. 10 or variant thereof having desulfurase activity to homocysteine as a substrate at least 100 times greater than that to cysteine as a substrate when said substrates are present in a physiological fluid. | See above | See above |
| 10. The homocysteinase of claim 9 which has the amino acid sequence of a desulfurase derived from | **Mutated form:** A homocysteinase which is at least about 70%, more preferably 80%, and most preferably | **Mutated form:** A homocysteinase which is at least about 70%, more preferably 80%, and most preferably |

| Claim Language<br>'762 Patent | AntiCancer's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| Pseudomonas, Clostridium, Aeromonas or Trichomonas, or a **mutated form** thereof. | 90% homologous with a homocysteinase that occurs in nature and has been identified in a particular organism.<br><br>Support in Specification:<br>'762 Col. 6, 51-58 | 90% homologous with a homocysteinase that occurs in nature and has been identified in a particular organism.<br><br>Support in Specification:<br>'762 Col. 6, 51-58 |
| 11. The homocysteinase of claim 9 which further comprises at least one histidine residue at the N-terminus. | See above | See above |
| 12. A purified and isolated homocysteinase which has at least about 110% of the activity of the homocysteinase of SEQ ID No. 10 toward homocysteine and no more than about 90% of the activity of the homocysteinase of SEQ ID No. 10 toward cysteine or methionine in a suitable assay. | See above | See above |
| 13. The homocysteinase of claim 12 which has the amino acid sequence of a desulfurase derived from Pseudomonas, Clostridium, Aeromonas or Trichomonas, or a mutated form thereof. | See above | See above |
| 14. The homocysteinase of claim 12 which further comprises at least one histidine residue at the N-terminus. | See above | See above |

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT CLAIM CONSTRUCTION

CHART was this date served upon all counsel of record by transmission through the Case

Management/Electronic Case Filing (CM/ECF) system of the U.S. District Court for the

Southern District of California, and that all parties in this case are represented by counsel

who are CM/ECF participants.


Dated: July 11, 2008                    By: s/Joseph C. Kracht
                                            Attorney for Plaintiff AntiCancer, Inc.