Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation. <br><br> Plaintiff, <br> vs. <br><br> TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive, <br><br> Defendants. | CASE NO.: 07CV2294-L(BLM) <br><br> Judge: M. James Lorenz <br> Magistrate: Barbara L. Major <br><br> **DECLARATION OF ROGER N. BEHLE, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDMGENT** <br><br> DATE: July 21, 2008 <br> TIME: 10:30 a.m. <br> COURTROOM: 14 |

1. I have personal knowledge of the matters stated herein. If called as a witness, I could and would testify truthfully and competently thereto under oath.

2. I am admitted and licensed to practice before all of the courts of the State of California, and I am admitted to practice before the United States District Court for the Southern District of California.

3. I am a partner in the law firm of Foley Bezek Behle & Curtis, LLP, attorneys of record for Defendants, TECO DIAGNOSTICS, KC CHEN, TONG CHIAH, and JIAN YANG VAECHES.

4. I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment.

5. Attached hereto as Exhibit "A" are true and correct copies of excerpts of the relevant portions of the Deposition of Robert M. Hoffman, Ph.D. taken on June 2, 2008.

6. Attached hereto as Exhibit "B" are true and correct copies of excerpts of the relevant portions of the Deposition of Li Tang, Ph.D. taken on June 3, 2008.

7. Attached hereto as Exhibit "C" is a true and correct copy of Defendants' Amended Answer to Second Amended Complaint.

Executed this 3rd day of July, 2008 at Costa Mesa, California.

s/Roger N. Behle, Jr.
Roger N. Behle, Jr.

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE:

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document: **DECLARATION OF ROGER N. BEHLE, JR., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

1
**PROOF OF SERVICE**

above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: July 11, 2008         FOLEY BEZEK BEHLE & CURTIS, LLP

*s/Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Attorneys for Defendants.