Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation. <br><br> Plaintiff, <br><br> vs. <br><br> TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive, <br><br> Defendants. | CASE NO.: 07CV2294-L(BLM) <br><br> Judge: M. James Lorenz <br> Magistrate: Barbara L. Major <br><br> DECLARATION OF JIAN YANG VAECHES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDMGENT <br><br> DATE: July 21, 2008 <br> TIME: 10:30 a.m. <br> COURTROOM: 14 |

I, Jian Yang Vaeches, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and if called to testify I could and would competently testify thereto.

2. I have been employed by Teco Diagnostics ("Teco") for over six years. I am currently employed as the research and development manager for Teco at its principal place of business in Anaheim, California. I am currently only employed by Teco, and no other employers.

3. As the research and development manager for Teco, I have personal knowledge of the products Teco manufactures. I also have personal knowledge of the products Teco

DECLARATION OF JIAN YANG VAECHES

1

acquires from other manufacturers, through so-called "OEM" (Original Equipment Manufacturer) arrangements.

4. As the research and development manager for Teco, I have personal knowledge that Teco has never developed its own homocysteine assay test. Rather, Teco has acquired homocysteine assay testing products from third parties, such as Catch, Inc., under agreement with such third parties, which Teco then sells to its customers under the "Teco Diagnostics" brand.

5. As the research and development manager for Teco, I have personal knowledge that Teco has never developed its own homocysteine assay test that uses any of the processes or methods that are used in the homocysteine assay test sold by AntiCancer, Inc. More specifically, Teco has never developed any homocysteine assay test that utilizes a genetically-engineered enzyme.

6. I have further personal knowledge that Teco has not made, used, sold, offered to sell, imported/exported, or licensed any homocysteine assay test (other than the homocysteine assay test manufactured by Catch, Inc., referenced above) anywhere in the United States or abroad

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this ___3___ day of July, 2008 at __Folsom__, California.

_____
JIAN YANG VAECHES

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics*, Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document: **DECLARATION OF JIAN YANG VAECHES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

1
**PROOF OF SERVICE**

above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: July 11, 2008                    FOLEY BEZEK BEHLE & CURTIS, LLP

*s/Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Attorneys for Defendants.