Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>    Plaintiff,<br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>    Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**EXHIBITS TO DECLARATION OF TONG CHIAH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## TABLE OF CONTENTS

EXHIBIT A...........................................................................................1

EXHIBIT B...........................................................................................6

EXHIBIT C...........................................................................................9

EXHIBIT D..........................................................................................12

Dated: July 11, 2008          FOLEY BEZEK BEHLE & CURTIS, LLP

                              *s/Roger N. Behle, Jr.*
                              Roger N. Behle, Jr.
                              Attorneys for Defendants.

i

Case No. 07 CV2294-L (BLM)
EXHIBITS TO DECLARATION OF TONG CHIAH

**EXHIBIT "A" - 1**

TECO DIAGNOSTICS





1268 N. Lakeview Ave., Anaheim, CA 92807, U.S.A.
Phone: (714) 693-7788  Toll Free: 1-800-222-9880
Fax: (714) 693-3838
www.tecodiag.com  Email: tecodiag@tecodiag.com

## PRODUCT EXCLUSIVE AGREEMENT

THIS AGREEMENT made this 10 day of August, 2006, by and between Teco Diagnostics, a corporation incorporated under the laws of the State of California, USA, having its principal office at 1268 N. Lakeview Ave. Anaheim, CA 92807, hereinafter referred to as "BUYER", and Anti-Cancer Inc., an corporation incorporated under the laws of the State of California having its principal office at 7917 Ostrow Street, San Diego, CA 9211 (hereinafter referred to as "SUPPLIER"), as follows:

**1. Appointment and Acceptance** – BUYER is appointed to be the exclusive manufacturer:
- to purchase the RAW MATERIAL (indicated in Section 2 hereof) from SUPPLIER;
- to process and produce the PRODUCT (indicated in Section 3 hereof);
- to promote and sell the PRODUCT with the brand of "Teco Diagnostics" in the TERRITORY (indicated in Section 4 hereof).

SUPPLIER accepts the appointment and agreement stated above and shall treat them as such.

**2. RAW MATERIAL** - The "Raw Material" is the core material of Homosyteine product, hereinafter referred to Enzyme and Reagent Reactor

**3. PRODUCT** - The "Product" is the finished kit of Homocysteine, that is specially applied for the applications, hereinafter referred to manual method, and auto-analyzers of Hitachi 911 and 912, Beckman Synchron CX and LX, Cobas Mira and Cobas Mira Plus, Olympus AEROSET, and Dimension AR and RXL.

**4. TERRITORY** – The "Territory" is the exclusivity of BUYER to promote and sell in the regions, hereinafter referred to the states of CA, FL, TX, LA, AR, MS, AL, GA, SC, NC, TN, KY, WV, VA, MD, DE, NJ, CT, PA, NY, RI, VT, MA, NH, and OH.

**5. PRICING** – The "Price" is the selling price $1.10 per test of RAW MATERIAL from SUPPLIER to BUYER. The selling price will be reconsidered under the conditions:
- if the PRODUCT does not work as the same as the Homocysteins of CATCH Inc.;
- if the other subsidiary item (which is Calibrator) is not provided by SUPPLIER.

**6. DEFECTIVE PRODUCT / RETURN** – If any PRODUCT are damaged, adulterred or misbranded, the representative shall promptly notify BUYER and these shall be replaced at no charge subject to verification by SUPPLIER. All transportation costs will be at the expense of SUPPLIER if it is deemed that SUPPLIERR is at fault for damages incurred. SUPPLIER warrants that all products are safe and effective as described by the product literature or other product information provided by SUPPLIER.

A-2

7. **TERM / TERMINATION** – The term of this agreement shall continue for ONE (1) year from the date of its signing. If the term of every month sales <u>250 kits of PRODUCT</u> is not met comprehensively under every SIX (3) months review, SUPPLIER reserves the right to cancel this agreement. In addition, either party reserves the right to terminate this agreement at the end of the one-year term.

8. **COMMUNICATION** – All communications shall be in writing and shall be considered delivered if posted by US mail return receipt requested as follows or if sent by facsimile.

If to TECO DIAGNOSTICS:	1268 North Lakeview Avenue, Anaheim, CA 92807, USA

If to ANTI CANCER INC.:	7917 Ostrow Street, San Diago, CA 92111, USA

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written in multiple counterparts, each of which shall be considered an original.

For TECO DIAGNOSTICS:	For ANTI CANCER INC.:


..........................................	..........................................
Dr. K. C. Chen        Date	Dr.                             Date

A-3

TECO DIAGNOSTICS 



1268 N. Lakeview Ave., Anaheim, CA 92807, U.S.A.
Phone: (714) 693-7788  Toll Free: 1-800-222-9880
Fax: (714) 693-3838
www.tecodiag.com  Email: tecodiag@tecodiag.com

## PRODUCT EXCLUSIVE AGREEMENT

THIS AGREEMENT made this 10 day of August, 2006, by and between Teco Diagnostics, a corporation incorporated under the laws of the State of California, USA, having its principal office at 1268 N. Lakeview Ave. Anaheim, CA 92807, hereinafter referred to as "BUYER", and Anti-Cancer Inc., an corporation incorporated under the laws of the State of California having its principal office at 7917 Ostrow Street, San Diego, CA 9211 (hereinafter referred to as "SUPPLIER"), as follows:

1. **Appointment and Acceptance** -- BUYER is appointed to be the exclusive manufacturer:
   - to purchase the RAW MATERIAL (indicated in Section 2 hereof) from SUPPLIER;
   - to process and produce the PRODUCT (indicated in Section 3 hereof);
   - to promote and sell the PRODUCT with the brand of "Teco Diagnostics" in the TERRITORY (indicated in Section 4 hereof).

SUPPLIER accepts the appointment and agreement stated above and shall treat them as such.

2. **RAW MATERIAL** - The "Raw Material" is the core material of Homosyteine product, hereinafter referred to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  *[Formatted: Highlight]*

3. **PRODUCT** - The "Product" is the finished kit of Homocysteine, that is specially applied for the applications, hereinafter referred to manual method, and auto-analyzers of Hitachi 912, and Beckman Synchron CX ONLY WITH THE CONDITION THAT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  *[Deleted: 911] [Deleted: ▓▓] [Formatted: Highlight] [Formatted: Highlight]*

4. **TERRITORY** – The "Territory" is the exclusivity of BUYER to promote and sell in the regions, hereinafter referred to the state of CALIFORNIA.  *[Deleted: , FL, TX, LA, AR, MS, AL, GA, SC, NC, TN, KY, WV, VA, MD, DE, NJ, CT, PA, NY, RI, VT, MA, NH, and OH.]*

5. **PRICING** – The "Price" is the selling price $1.10 per test of RAW MATERIAL ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ) from SUPPLIER to BUYER.  *[Formatted: Highlight] [Formatted: Highlight] [Formatted: Bullets and Numbering]*

6. **DEFECTIVE PRODUCT / RETURN** – If any PRODUCT are damaged, adultered or misbranded, the SUPPLIER shall promptly notify BUYER and these shall be replaced at no charge subject to verification by SUPPLIER. All transportation costs will be at the expense of SUPPLIER if it is deemed that SUPPLIERR is at fault for damages incurred. SUPPLIER warrants that all products are safe and effective as described by the product literature or other product information provided by SUPPLIER.  *[Deleted: The selling price will be reconsidered under the conditions:¶ if the PRODUCT does not work out the same outcome as the Homocysteins of CATCH Inc.;¶ if the other subsidiary item (which is Calibrator) is not provided by SUPPLIER] [Deleted: representative]*

7. **TERM / TERMINATION** – The term of this agreement shall continue for ONE (1) year from the date of its signing. If the term of every month sales 50 kits of PRODUCT is not met comprehensively under every SIX (6) months review, SUPPLIER reserves the right to cancel  *[Deleted: ▓] [Formatted: Highlight]*

A-4

this agreement. In addition, either party reserves the right to terminate this agreement at the end of the one-year term.

8. **COMMUNICATION** – All communications shall be in writing and shall be considered delivered if posted by US mail return receipt requested as follows or if sent by facsimile.

If to TECO DIAGNOSTICS:                1268 North Lakeview Avenue, Anaheim, CA 92807, USA

If to ANTI CANCER INC.:                7917 Ostrow Street, San Diago, CA 92111, USA

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and year first above written in multiple counterparts, each of which shall be considered an original.

For TECO DIAGNOSTICS:                  For ANTI CANCER INC.:


..............................................       ..............................................
Dr. K. C. Chen        Date              Dr.                                Date

A-5

**EXHIBIT "B"** – 6

# TECO DIAGNOSTICS




1268 N. Lakeview Ave., Anaheim, CA 92807, U.S.A.
Phone: (714) 693-7788  Toll Free: 1-800-222-9880
Fax: (714) 693-3838
www.tecodiag.com  Email: tecodiag@tecodiag.com

## CONFIDENTIAL DISCLOSURE AGREEMENT

TECO DIAGNOSTICS, having a place of business at 1268 N. Lakeview Ave. Anaheim, CA 92807 (hereinafter referred to as "TECO.") and AntiCancer Inc.. (hereinafter referred to as "AntiCancer.") having a place of business at 7917 Ostrow St., San Diego, CA 92111 have developed or acquired technical and other proprietary information, of both a Confidential and non-Confidential nature relating to technology including without limitation present and future products, business plans, and other technical and commercial data, and the parties wish to ensure that Confidential Information which may be disclosed to each other is treated in confidence and is used only for agreed-upon purposes.
Both TECO and AntiCancer, desire to receive both Confidential and non-Confidential Information from the other for the limited purpose of evaluating the suitability of entering into a business relationship, and each party recognizes the importance of keeping Confidential Information so received in confidence.

In view of these premises and the mutual covenants contained herein, TECO proposes that the exchange and subsequent use of Confidential and non-Confidential Information between the parties be carried out under the following terms and conditions:

1) As used herein, "Confidential Information" includes without limitation improvements, inventions, concepts, structures, formulas, techniques, processes, apparatus, know-how, data, knowledge about the affairs of the disclosing party (or its clients), and other information of competitive value to the disclosing party (or its clients), whether communicated verbally or in writing. "Confidential Information" does not include information which (a) can be shown by the receiving party to have been in its possession prior to disclosure to it by the transmitting party; (b) at the time of the disclosure hereunder is, or thereafter becomes, through no fault of the receiving party, part of the public domain by publication or otherwise; (c) the receiving party is required to divulge either by a court of law or in order to comply with any federal, state or local law or regulation or by other lawful compulsory order compelling him to do so or to protect the recipient's judicial rights, in each case provided that the disclosure by the recipient is limited to only such disclosure as is necessary for such purpose (after providing the other party with reasonable notice of such requirement to divulge and with an opportunity to obtain a protective order).

2) Each party agrees that for a period of three (3) years from the date it receives any such Confidential Information from the other party hereto it will limit its use thereof to the evaluation of the suitability of entering into a business relationship and for the additional purpose, if deemed appropriate by the parties, of negotiating the terms and conditions of an agreement between them, and for no other purpose unless the parties shall otherwise agree in writing.

3) Each party agrees that for a period of 3 years from the date it receives Confidential Information from the other party hereto it will maintain in confidence and not disclose any Confidential Information so received other than to employees who have a need to know the Confidential

B-7

Information for the purpose described in paragraph 2 hereof and who are under similar obligations of confidentiality and nonuse.

4) Each party agrees not to make any copies in whole or in part of Confidential Information of the other party or to analyze samples of tangible materials included therein, for any purpose other than the purpose set forth in paragraph 2, and will, upon request by the disclosing party, return all tangible materials furnished hereunder and any memoranda relating thereto, including any copies thereof, except that the receiving party may retain one copy of such writing in order to monitor its obligations hereunder.

5) Without limiting the obligations set forth above, party receiving Confidential Information hereunder shall be held to a standard of care in protecting such information no less than the receiving party normally employs to preserve and to safeguard its own Confidential Information of similar kind.

6) No right or license under any patent application, patent or other proprietary right is granted hereunder by implication or otherwise and no commercial obligation on the part of either party is intended or undertaken.

7) This Agreement shall be construed and performance thereof governed by the laws of the State of California, without reference to any otherwise applicable conflicts of laws principles, and may not be changed or modified or released, discharged, abandoned or otherwise terminated in whole or in part, except by an instrument in writing signed by a duly authorized officer of each TECO and AntiCancer. This Agreement shall be binding on the parties hereto and upon their successors in business, but shall not otherwise be assignable.

If these terms and conditions for the exchange and use of Confidential and non-Confidential Information between and TECO and AntiCancer, are acceptable, please indicate your agreement by countersigning and dating the enclosed copy and returning it to TECO, thus bringing the Agreement into effect as of said date.

ACCEPTED AND AGREED TO THIS DAY OF September 18, 2006:

By: _____K C Chen_____      By: _____Robert H_____

Name:   Dr. KC Chen                     Name: Dr. Robert M. Hoffman

Title:   President of TECO Inc.          Title: President and CEO of AntiCancer Inc.

Date:   September 21, 2006              Date: September 21, 2006

B-8

EXHIBIT "C"- 9



C-10

ACT 0077

# HOMOCYSTEINE

## Specifications:

| | |
|---|---|
| Detection Limit: | 3 μM (L-HCY only) |
| Linearity: | 50 μM tHCY |
| Precision: | CV < 8-10% |
| Interference: | L-Cysteine <br> L-Methionine <br> Hemoglobin |
| Cross Reactivity: | L-Cysteine <br> Methionine <br> Cystathione |



1. Add 5 μl of sample and 165 μl of R1 into one well of a 96-well plate or in a tube.
2. Incubate at room temperature (20-25 °C) for 60 minutes.
3. Add 30 μl of R2 to each well.
4. Incubate at room temperature (20-25 °C) for 5 minutes.
5. Add 50 μl Reagent III (Chromophore Reagent) and then add 30 μl Reagent IV (Oxidant Reagent) to each well.
6. Incubate at room temperature (20-25 °C) for 10 minutes.
7. Read fluorescence at 710/660 nm (EM/EX) and the HCY value will be reported directly by the Teco Diagnostic Reader.



TC TECO DIAGNOSTICS
1268 N. LAKEVIEW AVE
ANAHEIM, CA 92807

(714) 693-7788 | www.tecodiag.com | sales@tecodiag.com

ACT 0078

C-11

**EXHIBIT "D"** – 12



LOGIN | CONTACT US | CAREERS | SITEMAP

HOME   NEWS   PRODUCTS   SUPPORT   ABOUT US



### Latest News

The Teco Diagnostics Alcohol Saliva Screening Test is a simple two minute, one step, saliva screening test for the detection of alcohol that works in a clean, non-invasive manner.
READ MORE...

The ELISA 94+ operates in a simple manner. There are 8 or 12 pairs of stainless steel injection/suction tubes on the scouring nozzle. Each pair of needle tubes is perfectly set to match the holes of the enzymatic plate. The suction pump removes wash liquid from the washing bottle to the instrument. The washing liquid will pass through injection/suction needle tubes, scouring nozzle and then be drawn out by another pump. During the process of washing you can program to control a lot of parameters such as displacement of enzymatic

### Patented Homocysteine Assay Given FDA Approval in the Fight Against Cardiovascular Disease

The development of Teco Diagnostics' assay and TC-650 reader is a bold step in detection of a risk factor for cardiovascular disease High homocysteine levels have been shown as a sensitive marker for folate formation, thrombosis and are being considered for monitoring more important than that of cholesterol. Current research indicates that it is homocysteine in combination with cholesterol which triggers plaque formation and atherosclerosis. Currently, 5% of the adult population takes cholesterol-lowering drugs with a market for such treatment of greater than $10 billion per year. Cardiovascular disease is the No. 1 kill in the U.S.A.

Homocysteine is a mutant amino acid with an additional methylene group inserted into the thiol side chain. Increasing the length of the side chain creates additional reactivity including disulfide insertion and cyclization. Because of these attributes, homocysteine has also been linked to bone weakness, birth defects, pregnancy complications, psychiatric disorders and cognitive impairment in the elderly. It can also be downregulated by high concentrations of polyphenol antioxidants known to suppress formation of ROSs (reactive oxygen species).

Teco Diagnostics is one of two companies with a patent and FDA approval for homocysteine detection. The Teco Diagnostics' assay utilizes genetically-engineered recombinant homocysteinase (rHCYase) to generate hydrogen sulfide. The fluorescence of a proprietary fluorophore is read between 665 and 690 nm when reacted with hydrogen sulfide on the TC-650 reader. Only 5 ml of plasma is needed for this assay which has a read time of 3 minutes.

< Prev      Next >

[ Back ]

D-13

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document: **EXHIBITS TO DECLARATION OF TONG CHIAH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: July 11, 2008                              FOLEY BEZEK BEHLE & CURTIS, LLP

_s/Roger N. Behle, Jr._
Roger N. Behle, Jr.
Attorneys for Defendants.

2
**PROOF OF SERVICE**