Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation.<br><br>Plaintiff,<br>vs.<br><br>TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive,<br><br>Defendants. | CASE NO.: 07CV2294-L(BLM)<br><br>Judge: M. James Lorenz<br>Magistrate: Barbara L. Major<br><br>**DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDMGENT**<br><br>DATE: July 21, 2008<br>TIME: 10:30 a.m.<br>COURTROOM: 14 |

I, KC CHEN, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and if called to testify I could and would competently testify thereto.

2. I have been employed by Teco Diagnostics ("Teco") since its incorporation in 1992. I am currently the President of Teco and work at its principal place of business in Anaheim, California. I am currently only employed by Teco, and no other employers.

3. I currently reside in Orange County, California and have resided in that county for at least the last two (2) years.

4. In August 2006, Teco's project manager, Tong Chiah ("Chiah") approached AntiCancer, Inc. ("Anticancer") to discuss a possible joint venture between our companies. Specifically, Mr. Chiah contacted AntiCancer to discuss its Homocysteine Assay kit ("the

Kit"). Teco had already been selling a homocysteine assay test, manufactured by Catch, Inc., and was interested in adding another such test to its line.

5. Before AntiCancer would provide Teco with one of its Kits for evaluation and testing, however, Anticancer requested that the parties execute a Confidential Disclosure Agreement ("CDA"). A CDA was therefore executed on September 18, 2006 and, by its terms, was to last for a period of five (5) years. The CDA provided, among other things, that the parties would not use the confidential information exchanged between them, other than to evaluate the suitability of entering into a business relationship or for negotiating the terms of any such relationship.

7. To evaluate the potential business relationship with AntiCancer, several things needed to be done. First, it was necessary for Teco to determine whether the Kit could be applied to a reader manufactured by Beckman Coulter - the Beckman CX. Second, Teco was interested in determining the market potential for the Kit internationally, particularly as applied on a manual reader manufactured by Opulen ("Opulen Reader"). It was my opinion that this market potential could be evaluated relatively quickly, as it did not require testing to apply the Kit to a new reader, such as the CX Reader.

8. At the time, I was aware that Teco had several international customers that I thought may be interested in purchasing AntiCancer's Kit.

9. Although Anticancer represented that it did not have 510k clearance from the Food and Drug Administration to sell the Opulen Reader in the United States, it reported to Teco that it was able to sell the reader internationally.

10. Therefore, in furtherance of the international market evaluation of the Kit (as applied to the Opulen Reader), Tong Chiah and I met with Dr. Robert Hoffman of AntiCancer, Inc. in or about August of 2006. During that meeting, I explained to Dr. Hoffman that I wanted to evaluate the market potential of Plaintiff's Kits at an upcoming trade show in Germany, called MEDICA. Dr. Hoffman told me that would be "okay."

11. In furtherance of the parties' prospective business relationship, Teco purchased one Opulen Reader and one Kit from Anticancer in October of 2006, for the sum of $1,600.00.

DECLARATION OF KC CHEN                                   Case No. 07 CV2294-L (BLM)

A true and correct copy of the invoice for the Kit and Opulen Reader is attached hereto as Exhibit "A."

12. To evaluate the international market for these products, Teco prepared a one-page informational flyer (the "Flyer"), which it brought to the MEDICA show in Germany. The Flyer depicted "mock-ups" of both the Kit and the Opulen Reader. The reverse side of the Flyer contained basic information, relating to procedures and specifications for the Kit. This information was provided to Teco by Anticancer and, as explained by Anticancer, was part of the publicly-distributed package insert provided by Anticancer to purchasers of the Kit. A true and correct copy of the Flyer is attached hereto as Exhibit "B."

13. In November of 2006, I attended the MEDICA trade show in Germany to promote Teco's products. There was very limited response to the Flyer at the MEDICA show and very few Flyers were handed out. No one ordered or attempted to order the Kit from Teco at the show. No sales were made or even discussed. Teco brought the extra Flyers back to the United States after the show was over.

14. I know that Teco never made any Kits itself, has never used any Kits, has never sold any Kits, has never offered to sell any Kits, and has never received any orders for Kits. In short, Teco has received no money or business relating to the Kits.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 2Nd day of July, 2008 at Anaheim, California.

_____
KC CHEN

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document: **DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA  92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: July 11, 2008              FOLEY BEZEK BEHLE & CURTIS, LLP

<u>*s/Roger N. Behle, Jr.*</u>
Roger N. Behle, Jr.
Attorneys for Defendants.