Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California Corporation. <br><br> Plaintiff, <br> vs. <br><br> TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, Inclusive, <br><br> Defendants. | CASE NO.: 07CV2294-L(BLM) <br><br> Judge: M. James Lorenz <br> Magistrate: Barbara L. Major <br><br> **EXHIBITS TO DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TABLE OF CONTENTS**

EXHIBIT A............................................................................................1

EXHIBIT B............................................................................................3

Dated: July 11, 2008         FOLEY BEZEK BEHLE & CURTIS, LLP

                             *s/Roger N. Behle, Jr.*
                             Roger N. Behle, Jr.
                             Attorneys for Defendants.

**EXHIBIT "A" – 1**

Purchase Order



# TECO DIAGNOSTICS

1268 N. Lakeview Ave.
Anaheim, CA 92807 U.S.A.
T:714-693-7788 F:714-693-3838

# Purchase Order
## 8978

**Vendor:**
ANTI CANCER
7919 OSTRON ST
SAN DIEGO
, CA 94211-1

858 654 2555
858 268 4175

**Ship To:**
TECO DIAGNOSTICS
1268 N. LAKEVIEW AVE.
ANAHEIM, CA 92807 U.S.A. T:714-693-7788 F:714-693-

**PLEASE CONFIRM REQUIRED DATE AND PRICE VIA FAX.
INCLUDE THE PACKING SLIP IN THE SHIPMENT. THANK YOU.**

| Vendor | Vendor Telephone Number | Vendor Fax Number | Buyer | Required Date |
|---|---|---|---|---|
| ANTI001 | 1-858-654-2555 | 1-858-268-4175 | 09 | October 18 2006 |

| Line | Qty Ordered | Order UOM | Your Item # | Our Item # | Description | Unit Price | W/T | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | HMY FINISHED | HMY 100 TEST KIT FOR MANUAL TE | 200.00 | ** | 200.00 |
| 2 | 1 | EA | | HMY READER | HMY READER FOR MANUAL TEST | 1,400.00 | ** | 1,400.00 |

*[signature] 10/18/06*

Supplier must immediately notify Teco Diagnostics of any changes in product or material that may affect the quality of our finished product. Teco Diagnostics will not accept altered product or material without prior approval. Supplier must furnish COA and MSDS, where applicable. Supplier must also confirm ship date and notify TECO of any changes to this date. Supplier must also verify price(s) on P.O. and notify TECO of any discrepancies. Finally, supplier must also provide product(s) with maximum shelf life, where applicable.

| | |
|---|---|
| Subtotal | 1,600.00 |
| Tax | 0.00 |
| Total Order | 1,600.00 |

Customer Copy

A-2

ACT 0005

**EXHIBIT "B"** -3



## Specifications:

| | |
|---|---|
| Detection Limit: | 3 μM (L-HCY only) |
| Linearity: | 50 μM tHCY |
| Precision: | CV < 8-10% |
| Interference: | L-Cysteine ✓ 0% |
| | L-Methionine ✓ 0% |
| | Hemoglobin ✓ 0% |
| Cross Reactivity: | L-Cysteine ✓ 0% |
| | Methionine ✓ 0% |
| | Cystathione ✓ 0% |



1. Add 5 μl of sample and 165 μl of R1 into one well of a 96-well plate or in a tube.
2. Incubate at room temperature (20-25 °C) for 60 minutes.
3. Add 30 μl of R2 to each well.
4. Incubate at room temperature (20-25 °C) for 5 minutes.
5. Add 50 μl Reagent III (Chromophore Reagent) and then add 30 μl Reagent IV (Oxidant Reagent) to each well.
6. Incubate at room temperature (20-25 °C) for 10 minutes.
7. Read fluorescence at 710/660 nm (EM/EX) and the HCY value will be reported directly by the Teco Diagnostic Reader.



# HOMOCYSTEINE

TECO DIAGNOSTICS
1268 N. LAKEVIEW AVE
ANAHEIM, CA 92807

(714) 693-7788 | www.tecodiag.com | sales@tecodiag.com

ACT 0078

B-5

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE:

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document: **EXHIBITS TO DECLARATION OF KC CHEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA 92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

1
**PROOF OF SERVICE**

1  above, sealed, and deposited with the United States Postal Service with postage fully prepaid in
2  accordance with the ordinary course of business.
3     ■   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar
4  of this Court at whose direction the service was made.
5     ☐   **(STATE)** I declare that I am employed in the office of a member of the Bar of
6  this Court at whose direction the service was made.
7     I certify that all parties in this case that have made an appearance are represented by
8  counsel who are CM/ECF participants who have consented to electronic service.
9     I declare under penalty of perjury under the laws of the State of California and the
10 United States of America that the above is true and correct.

Dated: July 11, 2008                FOLEY BEZEK BEHLE & CURTIS, LLP

                                    *s/Roger N. Behle, Jr.*
                                    Roger N. Behle, Jr.
                                    Attorneys for Defendants.

2
**PROOF OF SERVICE**