Peter J. Bezek (SBN 102310)
Roger N. Behle, Jr., Esq. (SBN 174755)
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
Telephone (714) 556-1700
Facsimile: (714) 546-5005
pbezek@foleybezek.com; rbehle@foleybezek.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTICANCER, INC., a California Corporation. | ) CASE NO.: 07CV2294-L(BLM) |
|---|---|
| Plaintiff, | ) Judge: M. James Lorenz <br> ) Magistrate: Barbara L. Major |
| vs. | ) **DEFENDANTS OBJECTIONS TO THE DECLARATIONS OF ROBERT M. HOFFMAN** |
| TECO DIAGNOSTICS, a California Corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1 through 30, inclusive, | ) DATE: July 21, 2008 <br> ) TIME: 10:30 a.m. <br> ) COURTROOM: 14 |
| Defendants. | |

TO THE COURT, TO PLAINTIFF AND TO ITS ATTORNEY OF RECORD:

Defendant, TECO DIAGNOSTICS, (collectively "Defendant"), hereby submits the following written objections to the evidence submitted by Plaintiff in connection with its motion for Partial Summary Judgment of Patent Infringement.

///
///
///
///
///

## DECLARATION OF ROBERT M. HOFFMAN

Defendants hereby object to the following portions of the Declaration of Robert M. Hoffman ("Hoffman"):

1. Paragraph 2, page 2, lines 1-7, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge has personal knowledge or otherwise, of the statement offered.

2. Paragraph 3, page 2, lines 10-14, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge or otherwise, of the statement offered. Furthermore, lines 9-14 are improper opinions (Fed. R. Evid. 704) inadmissible opinion of lay witness, and improper for a legal conclusions, in that the conclusions reached in the Declarant's statement are encompassed within the matter of dispute in this action.

3. Paragraph 4, page 2, lines 15-18, hearsay (Fed. R. Evid. 801) in that the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted.

4. Paragraph 5, page 2, lines 22-26, hearsay (Fed. R. Evid. 801) in that the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted.

5. Paragraph 6, page 2, lines 27 through page 3, line1, hearsay (Fed. R. Evid. 801) in that the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted.

6. Paragraph 7, page 3, lines 4-14, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge, or otherwise, of the statement offered. Furthermore, the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted. Therefore, such statements are hearsay (Fed. R. Evid. 801).

7. Paragraph 8, page 3, lines 15-17, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge or otherwise, of

the statement offered. Furthermore, the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted. Therefore, such statements are hearsay (Fed. R. Evid. 801).

8. Paragraph 10, page 3, lines 26 -28, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge, or otherwise, of the statement offered. Furthermore, lines 9-14 are improper opinions (Fed. R. Evid. 704) inadmissible opinion of lay witness, and improper legal conclusions, in that the conclusions reached in the Declarant's statement are encompassed within the matter of dispute in this action.

9. Paragraph 11, page 4, lines 1-6, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge, or otherwise, of the statement offered. Furthermore, lines 9-14 are improper opinions (Fed. R. Evid. 704) inadmissible opinion of lay witness, and improper legal conclusions, in that the conclusions reached in the Declarant's statement are encompassed within the matter of dispute in this action. Furthermore, the statements that Plaintiff is attempting to admit into evidence are offered for the truth of the matter asserted. Therefore, such statements are hearsay (Fed. R. Evid. 801).

10. Paragraph 12, page 4, lines 7-12, lacks foundation (Fed. R. Evid. 602) in that there has been no evidence introduced that Hoffman has personal knowledge or otherwise, of the statement offered. Furthermore, lines 9-14 are improper opinions (Fed. R. Evid. 704) inadmissible opinion of lay witness, and improper legal conclusions, in that the conclusions reached in the Declarant's statement are encompassed within the matter of dispute in this action.

Dated: July 3, 2008         FOLEY BEZEK BEHLE & CURTIS, LLP

                            *s/Roger N. Behle, Jr.*
                            Roger N. Behle, Jr.
                            Attorney for Defendants

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE:

The undersigned hereby certifies that all counsel of record in the *Anticancer, Inc. v. Teco Diagnostics,* Case No. 07CV2294L (BLM), who are deemed to have consented to electronic service, are being served this 11th ay of July, 2008, with a copy of this document:

**DEFENDANTS OBJECTIONS TO THE DECLARATION OF ROBERT M. HOFFMAN**

via the Court's CM/ECF as follows:

Dan Lawton, Esq.
LAWTON LAW FIRM
402 West Broadway, Suite 1860
San Diego, CA  92101
619-595-1520 Facsimile

☐ **BY HAND DELIVERY**: I personally delivered a true copy of the above-referenced document(s) to the person(s) listed above.

☐ **BY OVERNIGHT DELIVERY**: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service.  The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

☐ **BY FACSIMILE**: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley Bezek Behle & Curtis, LLP's facsimile machine no. (714) 546-5005.

☐ **BY E-MAIL**: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☒ **BY MAIL**: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed

above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

■ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ **(STATE)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I certify that all parties in this case that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Dated: July 11, 2008                FOLEY BEZEK BEHLE & CURTIS, LLP

*s/Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Attorneys for Defendants.