IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TECO DIAGNOSTICS, a California corporation; KC CHEN, a natural person; TONG CHIAH, a natural person; JIAN YANG VAECHES, a natural person; and DOES 1-30,<br><br>    Defendants.<br>_____ | Case No. 07cv2294 L (BLM)<br><br>**ORDER RE: ORAL ARGUMENT and COURTESY COPIES** |

    Plaintiff's motion for summary judgment [doc. #26] is set for hearing on July 21, 2008.  The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, no appearances are required.

    The parties are required to provide courtesy copies of their papers associated with plaintiff's motion under the Electronic Case Filing Adminis6trative Policies and Procedures Manual, Rule 2e.  If the parties have not yet provided courtesy copies, they shall do so no

/ / /

/ / /

/ / /

/ / /

07CV2294

later than July 25, 2008.

**IT IS SO ORDERED.**

DATED: June 17, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJORS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL